

SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937

Attorney for Defendant

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2006

at ___9___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

JAN 0 5 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 04-00150 SOM |
| | ) |
| vs. | ) 18 USC 1001(a)(3) |
| | ) |
| PATRICK SHIN (01), | ) STIPULATION RE: TRAVEL BY |
| | ) DEFENDANT OUT OF DISTRICT |
| Defendant. | ) |
| | ) |

STIPULATION RE: TRAVEL BY DEFENDANT OUT OF DISTRICT

The parties hereto, through their respective undersigned counsel, hereby stipulate that Defendant may travel to Las Vegas, Nevada, to attend a concrete convention from January 13 to 17, 2006. All terms and conditions of pretrial release shall remain in full force and effect.

DATED: Honolulu, Hawaii, January 5, 2006.

_____
SAMUEL P. KING, JR.
Attorney for Defendant

APPROVED:

_____
Pre-Trial Services

_____
ASSISTANT UNITED STATES ATTORNEY

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE