IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00150 SOM |
| | ) | |
| Plaintiff, | ) | DECLARATION OF LYNNE M. LOWE; |
| | ) | EXHIBITS "A" - "F" |
| vs. | ) | |
| | ) | |
| | ) | |
| PATRICK SHIN,           (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

DECLARATION OF LYNNE M. LOWE

LYNNE M. LOWE declares as follows:

1. I am a Special Agent with the Defense Criminal Investigative Service (DCIS), and have been so employed since 1987. I am assigned to the DCIS Hawaii Post of Duty, where my duties include investigating allegations of fraud and corruption involving Department of Defense contracts.

2. I have been involved in an investigation into wrongdoing committed by Patrick Shin and companies which he owns or controls. The investigation has been conducted jointly with the Federal Bureau of Investigation (FBI), the Naval Criminal Investigative Service, and the United States Army, Criminal Investigation Division Command. I have been involved in all aspects of the investigation, and am familiar with statements made by witnesses, documents produced to investigators, and documents seized during the execution of search warrants.

3. Exhibit "A" to this declaration is a true and correct copy of a document which was seized on September 23, 2003 during the execution of a search warrant at Nan, Inc., a company owned by Shin. The document is a quotation provided by HSI Electric (HSI) to Nan for work to be performed at the Pearl Harbor Naval Shipyard. When the document was recovered, it was missing its cover page.

4. Exhibit "B" to this declaration is a true and correct copy of what purports to be a July 10, 2003 proposal from HSI to Nan for work to be performed at the Shipyard. This document was submitted by Shin to Navy personnel in support of JHL's proposal to do work at Pump #2, Dry Dock #4 at the Shipyard.

5. Exhibit "C" to this declaration is a true and correct copy of a June 23, 2003 quotation from Conhagen, Inc. to Nan for the overhaul of Pump #1, Dry Dock #4 at the Shipyard. This proposal was given to investigating agents during interviews of Conhagen and Navy personnel.

6. Exhibit "D" to this declaration is a true and correct copy of a September 4, 2003 quotation from Conhagen to Nan for the same work referenced in the June 23, 2003 quotation. This proposal was given to Navy personnel by defendant, and copies were obtained by agents from Conhagen and Navy personnel.

7. Exhibit "E" is a copy of a September 8, 2003 proposal from JHL to the Navy for work at Pump #2, Dry Dock #4. This proposal was given to agents by Navy personnel.

8. Exhibit "F" is a copy of an FBI report of statements made by Shin to investigating agents on September 23, 2003.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Honolulu, Hawaii, February 8, 2006.

*Lynne M. Lowe*
LYNNE M. LOWE
Senior Resident Agent
Defense Criminal Investigative
    Service