

# HSI ELECTRIC

July 10, 2003

Patrick Shin
Nan Inc.
636 Laumaka Street
Honolulu, Hawaii 96819

**Reference:** Bldg 170 Dry Dock 2 Motors 2 & 3, Dry Dock 1 Motor 1 (Revised 7/10/03)

**HSI ELECTRIC Proposal:** Q-11038 DRYDOCK 2 & DRYDOCK 4

Dear Patrick Shin;

HSI Electric is pleased to offer the following proposal to Nan Inc. to perform the required rewind, recondition, and overhaul of 3ea electric motors from Pearl Harbor Dry Dock 2 and Dry Dock 4.

## INTRODUCTION

HSI Electric is a ISO 9002 certified organization, which follows the National Electrical Contractors Association (NECA), National Fire Protection Agency (NFPA-70B), Institute of Electrical and Electronics Engineers, Inc. (IEEE.), and National Electric Code (NEC) testing standards and employees certified "drug free" and "safety trained" electricians, & motor repair mechanics whom are affiliated with the International Brotherhood of Electrical Workers (IBEW). These individuals will perform all required services in accordance to standard installation practices set forth by these agencies and when applicable, to the original equipment manufactures requirements.

## SCOPE

| Description | Quantity |
|---|---|
| Dry Dock 2 – Rewind, overhaul & repair 2 each 11KV electric motors. On site perform disconnect, reconnect, & test. | |
| Dry Dock 2 – Furnish and install new HV cable between electric motors and switchgear. | |
| Dry Dock 4 – Rewind, overhaul & repair 1 each 2.3KV electric motor. On site perform disconnect, reconnect, & test. | |
| Provide services for 1 each on-site Motor repair foreman to assist during the removal and installation of the motors | |

Quote is for electrical work and electric motor repair work in accordance with plans, drawings, and specifications provided
NAVFAC DWG: 7497513, 7497560

2308 PAHOUNUI DRIVE  HONOLULU, HAWAII 96819   LICENSE #C-19698
PH (808) 845-5555   FX (808) 847-7777   EMAIL info@hsielectric.com   WEBSITE www.hsielectric.com

**ISO 9002 CERTIFIED**



EXHIBIT B

Enclosure (4)

 

## RESPONSIBILITIES

HSI Electric is responsible for supplying all necessary test equipment to perform the proposed tasks, miscellaneous cleaning and lubrication agents. This quotation includes all labor and materials for electric motor rewinds, on site electrical disconnect, hook up & testing.

## PROJECT COST

The proposed project costs are based on the excursions occurring during normal Monday through Friday work hours, 7:00 a.m. to 3:45 p.m. Delays out of HSI Electric's control, which postpones the completion of this project from the designated time frame, will be billed based on the rates from the attached schedule sheet.

| | | |
|---|---|---|
| **Dry Dock 2 Pump Motor No.2 & No.3 Rewind** | $727,905 | (Shop Work Only) |
| **Dry Dock 4 Pump Motor No.1 Rewind** | $314,733 | (Shop Work Only) |
| **Dry Dock 4 On site Electrical HV Cables** | $ 44,706 | (On Site Work) |

## TERMS AND CONDITIONS

*This proposal contains proprietary information, which is confidential to HSI Electric.* It is submitted upon the expressed condition that the information contained herein will not be released to competitors or otherwise used directly or indirectly in a detrimental way to the interest of HSI Electric.

All work shall be done in accordance with HSI Electric Terms and Conditions, which are included with this proposal. Nan Inc. consents to the terms and conditions set forth in this proposal by contracting with HSI Electric. Project specific terms and conditions are acceptable as mutually agreed upon by Nan Inc. and HSI Electric in writing.

This proposal shall remain valid for 60 days from the date of issue.

A bound Engineering summary report will be submitted upon completion of the project, which includes all inspection and field test reports, equipment evaluations, findings and recommendations.

## SUMMARY

HSI Electric is an independent service company that has been involved with the testing and operations of electrical power equipment since 1947. HSI Electric uses test

Nan Inc.                                              - 2



equipment that is calibrated and traceable to the National Institute of Standards and Technology (NIST). HSI Electric will provide Nan Inc. with unbiased test results to verify the condition of the equipment covered by this proposal.

HSI Electric can provide your organization with its entire needs from planning to implementation. Visit us our organization at www.hsielectric.com. Thank you for the opportunity to submit this proposal and we look forward to working with you and your organization on this project. Should you have any questions or desire "detailed" clarification on any item, please contact one of the HSI Electric Consultants or myself at (808) 845-5555.

Sincerely,

**HSI ELECTRIC**
President

HSI Electric, Incorporated Terms and Conditions

HSI Electric, Incorporated is herein to as "HSIE". The person or entity purchasing services or     indemnifications of a party's subcontractors, agents or employees during performance of services

Nan Inc.                                       - 3 -

**HSI ELECTRIC**

present is herein referred to as "Buyer".

**Order Acceptance:** Performance of any services or sale of equipment ("services") by HSIE is expressly conditioned upon the terms and conditions herein. Issuance of an order by Buyer for services or equipment shall constitute Buyer assent to these terms and conditions and any contrary terms in buyer's order or otherwise shall not be binding upon HSIE.

**Prices:** Prices quoted by HSIE shall remain in effect for the period stated in HSIE's written quotation or proposal, or, if none is stated, for ninety (90) days after the quotation is given. If HSIE does not receive an order from Buyer within the effective period, HSIE may change prices or services to those in effect at the time an order is received. Prices do not include any sales, use, excise, value-added or similar taxes. Taxes shall be the responsibility of buyer and HSIE shall include them on all invoices, absent receipt of an appropriate exemption from Buyer.

**Payment:** Buyer shall be invoiced upon completion of project or monthly for services performed during the prior month, except that HSIE, at its discretion, may require progress payments for services requiring more than fifteen (15) days to complete. Payment terms are net in (10) days from date of invoice. Payments not received within ten (10) days of date of invoice shall be subject to a late payment charge of one and one-half percent (1 1/2%) or the maximum rate allowed by law, whichever is lower, and/or HSIE may suspend performance of services without liability to Buyer until payment of any overdue amount is made in full, including any interest charges. HSIE reserves the right to demand different payment terms if HSIE determines that circumstances warrant such measures. Buyer shall be liable to HSIE for all expenses relating to the collection of past due amounts.

**Limited Warranty:** For a period of one (1) year from providing of services, HSIE warrants to buyer that services provided will be performed by trained personnel using proper equipment and instrumentation for the particular service provided. Any analysis of data, subsequent recommendations and other services will be in accordance with established industry standards and practices, as applicable. Warranties applicable to equipment, parts or materials furnished by HSIE are those provided by the manufacturers of such equipment, parts or materials only, to the extent assignable to Buyer. HSIE shall provide all reasonably available information to Buyer regarding such manufacturer warranties. EXCEPT AS SPECIFICALLY PROVIDED FOR ABOVE, HSIE EXTENDS NO WARRANTIES OF ANY KIND TO SERVICES, EQUIPMENT OR MATERIALS AND HEREBY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**Exclusive Remedy and Limitation of Damages:** BUYER'S EXCLUSIVE REMEDY FOR FAILURE OF HSIE PERFORMANCE SHALL BE HSIE'S PROPER PERFORMANCE OF CONTRACTED SERVICES. IN NO EVENT SHALL HSIE'S LIABILITY EXCEED THE TOTAL CHARGES PAID BY BUYER FOR SERVICES PROVIDED.

**Damages Disclaimer:** IN NO EVENT SHALL HSIE ASSUME ANY LIABILITY FOR INDIRECT, SPECIAL, INCIDENTAL, ECONOMIC CONSEQUENTIAL OR EXEMPLARY DAMAGES OF ANY KIND WHATSOEVER, INCLUDING, WITHOUT LIMITATION, BUSINESS INTERRUPTION, OR LOSS OF USE, REVENUE OR DATA, WHETHER ANY CLAIM IS BASED UPON THEORIES OF CONTRACT, NEGLIGENCE, STRICT LIABILITY, TORT OR OTHERWISE, EVEN IF INFORMED OF THE POSSIBILITY OF SAME.

**Insurance:** HSIE hereby represents to Buyer that it has and shall maintain for the duration of any order or contract for services between HSIE and Buyer, and for the period of any obligations remaining thereafter, an insurance program including i) Workers' Compensation insurance as required by the State in which services are to be performed; ii) Comprehensive General Liability insurance written on an "occurrence" policy form covering bodily injury, property damage, and personal injury. Buyer hereby represents to HSIE that it has Comprehensive General Liability insurance as provided for in ii) above, and that it will maintain such insurance for the term described above. It being the mutual desire of the parties to decrease the cost of these services and to minimize business inefficiency and expense resulting from litigation, the parties agree to waive all rights against each other and any of their subcontractors, agents and each of the other, for all claims or damages which are covered by the parties insurance and which arise out of or relate in any way to services provided hereunder. This waiver of subrogation shall be effective as to any person or entity even though that person or entity would otherwise have a duty of indemnification, contractual or otherwise.

**Indemnification:** Each party shall indemnify and hold the other party harmless from loss, damage, liability or expense resulting from damage to property of a third party, or injuries, including death, to third parties to the extent caused by a negligent act or omission of the party providing

hereunder. Such indemnification shall be reduced to the extent attributable to others. The indemnifying party shall defend the other party in accordance with and to the extent of the above indemnification, provided that the indemnifying party is; i) promptly notified by the other party, in writing, of any claims, demands or suits for such damages or injuries; ii) given all reasonable information and assistance by the other party; iii) given full control over any resulting negotiation, arbitration or litigation, or the indemnifying party's obligations herein shall be deemed waived. The indemnification obligations under this section shall survive the termination or expiration of an order or contract between the parties for a period of five (5) years.

9. **Cancellation/Termination:** HSIE may cancel any order or terminate any agreement without liability to Buyer if Buyer fails to meet the conditions specified herein, or if Buyer becomes insolvent or bankrupt. Buyer may cancel orders only upon reasonable advance written notice to HSIE and upon payment to HSIE of HSIE's cancellation charges, which include all costs and expenses incurred by HSIE in the course of performance under an order or agreement and amounts adequate to cover any commitments made by HSIE.

10. **Buyer Responsibilities:** Buyer shall provide HSIE ready access to the site where services are to be performed and adequate work space and facilities to perform same as provided in these HSIE terms and conditions. Buyer shall not require HSIE or its employees, as a condition to site access or otherwise, to further agree or enter into any agreement which waives, releases, indemnifies or otherwise limits or expands any rights or obligations whatsoever. Any such agreement shall be null and void. Buyer shall inform HSIE, in writing, at the time of order placement, of any known hazardous substances or conditions at the site, including, but not limited to, the presence of asbestos or asbestos containing materials, and shall provide HSIE with any applicable Material Data Safety Sheets regarding same. Buyer shall appoint a representative familiar with the site and the nature of the services to be performed by HSIE to be present at all times that HSIE personnel are at the site. HSIE shall not be liable for any expenses incurred by Buyer in removing, replacing or refurbishing any Buyer equipment or any part of Buyer's building structure that requires HSIE access. Buyer personnel shall cooperate with and provide all necessary assistance to HSIE. Unless otherwise agreed to by HSIE, Buyer shall arrange for utility outages, test site lighting and test power as may be needed in the course of HSIE performance of services. HSIE shall not be liable or responsible for any work performed by Buyer. HSIE shall not perform any power switching unless specifically requested by Buyer. Notwithstanding Buyer's request, HSIE may refuse to perform power switching, if in the opinion of HSIE, such action would be unsafe. In the event that HSIE performs power switching, Buyer shall indemnify, defend and hold HSIE harmless from any and all liability, actions, suits, claims, demands, damages, costs and expenses resulting from HSIE's performance of power switching. If OSHA or any other federal, state or local government, trade association, or contractual regulations or standards require a "safety person" to be on site during the performance of services, or in the event of a trade union jurisdictional dispute where IBEW personnel are required to assist or stand by during the performance of services by HSIE, Buyer shall be responsible for providing for and paying for any charges or wages for such person(s), as applicable.

11. **Delay in Performance of Services:** HSIE shall not be liable or responsible for cost, expense, or damage due to a delay in performance of services or other obligations when such delay is due to causes beyond HSIE's reasonable control, including, but not limited to, natural disasters, acts of government, power failures, acts of God, labor disputes, acts of war, or material or transportation shortages.

12. **Nuclear and Related Applications:** GOODS AND SERVICES SOLD HEREUNDER ARE NOT FOR USE IN ANY NUCLEAR AND RELATED APPLICATIONS. Buyer accepts goods and services with the foregoing understanding, agrees to communicate the same in writing to any subsequent purchasers or user and to defend, indemnify, and hold harmless Seller from any claims, losses, suits, judgment and damages, including incidental and consequential damages, arising from such use, whether the cause of action be based in tort, contract or otherwise, including allegations that the Seller's liability is based on negligence or strict liability.

13. **Miscellaneous:** These terms and conditions shall be governed by and performance construed in accordance with the laws of the State of Hawaii. If any section or part of these terms and conditions is or becomes illegal, unenforceable or invalid, then such part or section shall be struck and shall not affect the remaining parts or sections. These terms and conditions represent the entire, final and complete agreement between the parties with respect to the subject matter herein and supersede all prior or contemporaneous oral or written communications, representations or agreements relating to this subject. These terms and conditions may be modified only by a writing signed by both parties.



## CLASSIFICATION OF TECHNICAL SERVICE

CLASS I EW Expert Witness Services include legal investigations and forensic engineering projects.

CLASS I PE Professional Engineers are those registered as such for the state or states for providing certification of drawings, site designs specifications, or further depth than Class I EE.

CLASS I EE Services requiring expertise in the field demanding a high degree of training and experience. Typical Class I EE Services include complex system studies, system trouble-shooting, complex start up, training services, senior and lead engineers, complex laboratory services.

CLASS II Standard Services are less complex in nature than Class I services. Commissioning, acceptance, maintenance and repair are considered typical Class II services.

CLASS III Standard Services during with shift differential compensated. Second Shift consist of a start time of 2:30 p.m. and ending 11:30 p.m. Third Shift consist of a start time of 10:30 p.m. and ending at 7:30 a.m.

CLASS IV Support Services include project support and administrative services.

## RATES SCHEDULE

| CLASSIFICATION | SERVICE | STRAIGHT TIME | OVERTIME | DOUBLETIME |
|---|---|---|---|---|
| CLASS I EW | Expert Witness | $150.00 / hour | $300.00 / hour | |
| CLASS I PE | Professional Engineer | $125.00 / hour | $250.00 / hour | |
| CLASS I EE | Engineering | $100.00 / hour | $200.00 / hour | |
| CLASS II | Standard | $80.00 / hour | $120.00 / hour | $160.00 / hour |
| CLASS III | Second Shift | $90.00 / hour | $135.00 / hour | $180.00 / hour |
| CLASS III | Third Shift | $95.00 / hour | $145.00 / hour | $190.00 / hour |
| CLASS IV | Support | $60.00 / hour | $90.00 / hour | |

1. Straight time rates apply to all time worked or traveled during a normal eight-hour workday. The normal eight-hour workday is defined as any consecutive eight-hour day (Monday through Friday - holidays excepted) 7:00 a.m. to 3:45 p.m., with an allowance for lunchtime.

2. Over time rates apply to all hours worked in excess of eight hours but less than twelve on weekdays, Saturdays, and Emergency Call-Outs.

3. Double time rates apply to all hours worked in excess of twelve hours on weekdays and all time on Sundays and Holidays.

4. Hourly and daily rates are exclusive of all living costs. Where customers specify or require daily rates for field services inclusive of living expenses, a flat charge will be made for all time worked per eight-hour weekday or four hour increments thereof (Monday through Friday). All hours worked in excess of eight hours per weekday and all hours on Saturdays, Sundays and holidays, will be invoiced at the applicable hourly overtime rates. Charges for living expenses will be billed at cost, which usually does not exceed $140.00 / day.

5. Fees for long-term projects or continuous-term annual renewable contracts are subject to negotiation.

6. Minimum Field Service Billing: One-half workday or less – four hours, full workday to four hours – 8 hours.

7. Emergency Call-Outs will be invoiced for a minimum of four hours.

8. Domestic Rates: The above rates apply to work performed in the United States excluding the Alaskan North Slope. Rates for work outside the United States are available upon request.

9. Class I EW Expert Witness Services for deposition and court time will be invoiced at 1.5 times the straight-time rate.