

**ALFRED CONHAGEN, INC.**
3900 Oregon Street, Benicia · California · 94510
Phone 707-746-4848 · Fax 707-746-4840

1 8451

Herbert J. Forthuber
Vice President/General Manager

June 23, 2003

NAN, Inc.
Attention: Patrick Shin, President
636 Laumaka Street
Honolulu, HI 96819

Reference:   JHL Construction
Contract No. N62742-98-D-2107 and NAVFAC DWGS 7497560-566
Overhaul Pump / Motor at Drydock 4 PHNSY

Dear Patrick,

Alfred Conhagen, Inc. of California is pleased to offer the following quotation for the overhaul and repair of Drydock 4, Pump 1 for your consideration. This proposal is based on the work scope as detailed in the references above and on the on-site inspection completed on June 17, 2003. Alfred Conhagen Inc. of California will provide technical supervision for both the removal and the installation of the pump and shafting.

**SCOPE OF WORK:**

- Three (3) weeks supervision for removal of the pump and shafting. Disassembly work will be completed by PHNSY personnel with rigging assistance from NAN, Inc.
- Replace existing spider bearing supports and replacement of cutlass bearings.
- Provide packing and bearing gland housing.
- Provide new cutlass bearing staves (four bearings). Inspect and repair split cutlass bearing housings.
- Repair / Provide three (3) new fairwater housings.
- Shaft repair and inspection. Repair will include removal of existing fiberglass coating, gritblasting, inspection, coating, and recoating with a marine shaft laminating epoxy.
- Repair / Provide new bearing supports.
- Rebuild servo motor. The servo motor is to be removed from drive motor flange connection and shipped to Conhagen.
- Impeller and Impeller hub rebuild.
- Repair of the eroded/cavitated area in suction bell by inserting a 1/2" thick 316 Stainless Steel sleeve in way of impeller area. We will require original drawings from PHNSY to determine total clearance of the sleeve to the impeller.
- Four (4) weeks supervision during installation and testing.



EXHIBIT C

===  "Keeping Industry in Motion"  ===

EXCLUSIONS:
- Removal, disassembly, repair, and testing of the electric drive motor.
- Rebuild of the thrust bearing. The thrust bearing is integral to the motor.
- Offloading, transportation, rigging and handling services in Hawaii for both transport to and from Conhagen.
- Replacement of the water piping, hoses, and gauges to each of the cutlass bearings. Propose for NAN Inc. to arrange for replacement of piping per General Pump Note 9.
- Provide new 316 stainless steel spider foundation pads and grouting of these to the existing column per General Pump Note 10. This item will require field survey and fabrication after removal of the pump and bearing supports. Alignment of these pads will be critical for proper pump shafting alignment.
- Removal and replacement of the baffle plate and track located beneath the pump suction bell. Propose the baffle plate be restored and preserved; it appeared to be in good condition during the survey on June 17, 2003.
- Reinstallation of the baffle plate on completion of pump installation.
- Freight charge from Benicia, CA to Honolulu, HI to be charged to NAN Inc.

PRICE: TOTAL LUMP SUM PRICE FOR ABOVE SCOPE OF WORK:   $377,260.00.

The time required to complete this work is six weeks after receipt of the pump in Benicia, CA.

## QUOTATIONS FOR IDIQ ITEMS

| | |
|---|---|
| Replacement of one (1) shaft section | $20,420 |
| Shaft Coupling squaring (includes reaming and new coupling bolts) | $4,830 |

IDIQ for replacement impeller is not feasible, please see our quotation for a new pump installation.

TERMS OF PAYMENT:

10%   Mobilization
60%   Upon completion of shop repairs in California and delivery in Honolulu.
30%   After start-up

WARRANTIES:

Standard warranty on the pump repair is per the attached Conhagen Terms and Conditions.

I personally look forward to working with you on this project.

Very truly yours,

H.J. Fathuber

# TERMS AND CONDITIONS OF QUOTATION AND SALE

### 1. Warranty, Remedy, Disclaimer
Alfred Conhagen, Inc. warrants for a period of one year from the date of shipment, the equipment to be delivered hereunder against defects in material and workmanship, under normal use and service. This is Conhagen's sole and exclusive warranty. If such a defect appears within one year from the date of shipment and Purchaser has given Conhagen immediate written notice of same, Conhagen will repair the part, or at its option replace the part, by shipping a similar part F.O.B. shipping point, or at its option refund an equitable portion of the purchase price. Conhagen may require the return of the defective part, transportation prepaid, to establish the claim. No allowance will be made for repairs without Conhagen's written consent or approval. Any description of the equipment, any specifications, and any samples, models, bulletins, or similar material, used in connection with this sale are for the sole purpose of identifying the equipment and are not to be construed as express warranties. CONHAGEN MAKES NO OTHER WARRANTY OF ANY KIND WHAT-SO-EVER, EXPRESSED OR IMPLIED; AND ALL WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY DISCLAIMED BY CONHAGEN AND EXCLUDED FROM THESE TERMS OF SALE. The Purchaser's sole and exclusive remedy, whether based upon warranty, contract or tort, including negligence, will be to proceed under this warranty. All liability of Conhagen shall terminate one year from the date of shipment of the equipment.

### 2. Limitation of Liability
Conhagen shall not in any event be liable for special, indirect, incidental or consequential damages. Conhagen's liability on any claim of any kind, including negligence, for any loss or damage arising out of, connected with, or resulting from this contract, or the performance or breach thereof, or the design, manufacture, sale, delivery, resale, installation, technical direction or installation, inspection, repair, operation or use of any equipment covered by or furnished under this contract shall in no case exceed the price paid by the Purchaser for the equipment. Conhagen also disclaims all liability, whether in contract, tort, warranty, or otherwise, to any party other than Purchaser. All material is F.O.B. our warehouse. When shipped by a common carrier it becomes Purchaser's liability to file claims with the carrier.

### 3. Shipping Dates
The time for shipment given herein is approximate and is estimated from the date of receipt of order with complete manufacturing information and approval of drawings as may be necessary. Conhagen shall not be liable for any loss or damage for delay or non-delivery due to the acts of civil or military authority, acts of the Purchaser or by reason of 'force majeure', which shall be deemed to mean all causes whatsoever not reasonably within the control of Conhagen, including but not limited to acts of God, war, riot or insurrection, lockouts or other industrial disturbances, delays of carriers, and inability to secure materials, labor or manufacturing facilities.

### 4. Payments
The prices specified are in U.S. currency, payable in New York exchange free of all expense to Conhagen for collection charges. Pro rata payments shall be made for partial shipments. If delivery is prevented or postponed at the Purchaser's request, or by reason of any other causes set forth specifically or by implication in paragraph 3 above, then all dates of payment related to delivery shall relate instead to the date of completion of manufacture. Letters of credit or other credit instruments established to provide payment for the equipment specified in this proposal shall make provision for payment as set forth above where delivery is prevented or postponed under such circumstances. Storage of such equipment will be at the Purchaser's expense and risk. When in the opinion of Conhagen the financial condition may require cash payment or satisfactory security before shipment. Prices in effect at time of shipment prevail.

### 5. Cancellation
The Purchaser may cancel his order only upon written notice and payment to Conhagen of reasonable cancellation charges specified by Conhagen.

### 6. Taxes
The Purchaser shall pay to Conhagen in addition to the purchase price, the amount of all Sales, Use, Privilege, Occupation, Excise, or other taxes, Federal, State, local or foreign which Conhagen may be required to pay in connection with furnishing goods or services to the Purchaser

### 7. Freight
Purchaser shall pay to Conhagen, in addition to the purchase price, any amount by which transportation charges may be increased, by reason of increased transportation rates, between the dates of this proposal and the time of shipment.