

**ALFRED CONHAGEN, INC.**
3900 Oregon Street, Benicia · California · 94510
Phone 707-746-4848 · Fax 707-746-4840

Herbert J. Forthuber
Vice President/General Manager

September 4, 2003

NAN, Inc.
Attention: Patrick Shin, President
636 Laumaka Street
Honolulu, HI 96819

Reference:   JHL Construction
             NAVFAC DWGS 7497560-566
             Overhaul Pump / Motor No. 2 at Drydock 4 PHNSY

Dear Patrick,

Alfred Conhagen, Inc. of California is pleased to offer the following quotation for the overhaul and repair of Drydock 4, Pump 2 for your consideration. This proposal is based on the work scope as detailed in the references above and on the on-site inspection completed on June 17, 2003 for Pump No. 1. Alfred Conhagen Inc. of California will provide technical supervision for both the removal and the installation of the pump and shafting.

**SCOPE OF WORK:**

- Three (3) weeks supervision for removal of the pump and shafting. Disassembly work will be completed by PHNSY personnel with rigging assistance from NAN, Inc.
- Replace existing spider bearing supports and replacement of cutlass bearings.
- Provide packing and bearing gland housing.
- Provide new cutlass bearing staves (four bearings). Inspect and repair split cutlass bearing housings.
- Repair / Provide three (3) new fairwater housings.
- Shaft repair and inspection. Repair will include removal of existing fiberglass coating, gritblasting, inspection, coating, and recoating with a marine shaft laminating epoxy.
- Repair / Provide new bearing supports.
- Rebuild servo motor. The servo motor is to be removed from drive motor flange connection and shipped to Conhagen.
- Impeller and Impeller hub rebuild.
- Repair of the eroded/cavitated area in suction bell by inserting a 1/2 thick 316 Stainless Steel sleeve in way of impeller area. We will require original drawings from PHNSY to determine total clearance of the sleeve to the impeller.
- Four (4) weeks supervision during installation and testing.



EXHIBIT D

=== "Keeping Industry in Motion" ===

EXCLUSIONS:
- Removal, disassembly, repair, and testing of the electric drive motor.
- Rebuild of the thrust bearing. The thrust bearing is integral to the motor.
- Offloading, transportation, rigging and handling services in Hawaii for both transport to and from Conhagen.
- Replacement of the water piping, hoses, and gauges to each of the cutlass bearings. Propose for NAN Inc. to arrange for replacement of piping per General Pump Note 9.
- Provide new 316 stainless steel spider foundation pads and grouting of these to the existing column per General Pump Note 10. This item will require field survey and fabrication after removal of the pump and bearing supports. Alignment of these pads will be critical for proper pump shafting alignment.
- Removal and replacement of the baffle plate and track located beneath the pump suction bell. Propose the baffle plate be restored and preserved; it appeared to be in good condition during the survey on June 17, 2003.
- Reinstallation of the baffle plate on completion of pump installation.
- Freight charge from Benicia, CA to Honolulu, HI to be charged to NAN Inc.

**PRICE: TOTAL LUMP SUM PRICE FOR ABOVE SCOPE OF WORK:   $557,260.00.**

The time required to complete this work is six weeks after receipt of the pump in Benicia, CA.

TERMS OF PAYMENT:

10%   Mobilization
60%   Upon completion of shop repairs in California and delivery in Honolulu.
30%   After start-up

WARRANTIES:

Standard warranty on the pump repair is per the attached Conhagen Terms and Conditions.

I personally look forward to working with you on this project.

Very truly yours,

N. G. Fathbee