# JHL CONSTRUCTION

1938 Hau Street
Honolulu, HI 96819
Phone: (808) 841-2970  Fax: (808) 841-4970

# LETTER OF TRANSMITTAL

| Date: | Contract No. |
|---|---|
| September 8, 2003 | N62742-03-D-2246 |
| RE: | Overhaul Main Pump and Motor #2 |
| | Drydock #4, Pearl Harbor, HI |
| | WR #: 15202 |
| | |

TO: PWC, ROICC Pearl Harbor

ATTN: Ms. Annette Ching

WE ARE SENDING YOU  ☑ Attached  ☐ Under separate cover via _____ the following items:

☐ Change Order    ☐ Plans    ☑ Proposal    ☐ Submittals
☐ Copy of Letter  ☐ Prints   ☐ Shop Drawings ☐ Other: _____

| Item | Date | Copies | Description |
|---|---|---|---|
| 1 | 9/8/2003 | 2 | Proposals for WR #15202, Overhaul Main Pump and Motor #2, DD#4-Revised |
| | | | |

THESE ARE TRANSMITTED as checked below:

☑ For Approval           ☐ Approved as submitted    ☐ Resubmit ____ copies for approval
☐ For Your Use           ☐ Approved as noted        ☐ Submit ____ copies for distribution
☐ As Requested           ☐ Returned for corrections ☐ Return ____ corrected prints
☐ For Review and Comment ☐ FOR BIDS DUE _____
☐ Other: _____

REMARKS:

Copy to:

Signed: Willy Talion, PE
Name, Title

# EXHIBIT E

# CONTRACTOR'S PROPOSAL

Date:    September 8, 2003

## 1. Project Data

Title:    Overhaul Main Pump and Motor #2

Location:    Drydock #4, Pearl harbor

Contract No.: N62742-03-D-2246        Work Request:    15202

## 2. Proposal Data

Total Cost (From Cost Estimate Sheets)        $2,150,000.00

## 3. Total Performance Time:    Calendar Days

## 4. Proposed Start Date:    Days After Notice to Proceed

## 5. Supporting Data:

Cost Estimate Work Sheets

Willy Talion, PE
Estimate Prepared By

Authorized Signature of Contractor

Company: JHL Construction

NOTES:

Schedule:

| | |
|---|---|
| 1. Administration and submittals review | 1.5 month |
| 2. On-site and off-site work | 8 months |
| Total | 9.5 months |

# TOTAL PROJECT COST ESTIMATE

### Non Prepriced Items

| | |
|---|---:|
| Sub-total | $ 2,150,000.00 |
| Coefficient on Labor (0%) | $ - |
| Total (Including 0% coefficient) | $ 2,150,000.00 |

### PrePriced Items (Mean's Estimate, includes CCI)

| | |
|---|---:|
| Sub-total | $ - |
| Coefficient on Labor (0%) | $ - |
| Total (Including 0% coefficient) | $ - |

**Grand Total (Non-Prepriced and Prepriced)**     **$ 2,150,000.00**

## Non-Prepriced Item Estimate - Revised

| Item No. | Item Description | Quan | Unit | Labor Unit | Labor Total | Materials Unit | Materials Total | Equipment Unit | Equipment Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 1 | LS | $ 61,325.00 | $ 61,325.00 | $ 4,025.00 | $ 4,025.00 | $ 5,625.00 | $ 5,625.00 | $ 70,975.00 |
| 2 | Project Manager coordinator | 1 | LS | $ 64,000.00 | $ 64,000.00 | | | | | $ 64,000.00 |
| 3 | Confined Space Assessment | 1 | LS | $ 15,500.00 | $ 15,500.00 | $ 10,500.00 | $ 10,500.00 | | | $ 26,000.00 |
| 4 | Rigging and scaffoldings | 1 | LS | $ 280,040.00 | $ 280,040.00 | $ 86,200.00 | $ 86,200.00 | $ 18,160.00 | $ 18,160.00 | $ 384,400.00 |
| 5 | Lead Paint Abatement | 1 | LS | $ 24,000.00 | $ 24,000.00 | $ 28,900.00 | $ 28,900.00 | | | $ 52,900.00 |
| 6 | Crane services | 1 | LS | $ 7,200.00 | $ 7,200.00 | | | $ 110,500.00 | $ 110,500.00 | $ 117,700.00 |
| 7 | Condition Reports | 1 | LS | $ 19,600.00 | $ 19,600.00 | | | | | $ 20,900.00 |
| 8 | Assist PHNSY | 1 | LS | $ 136,250.00 | $ 136,250.00 | | | | | $ 120,960.00 |
| 9 | Refurbish Pump motor | 1 | LS | $ 35,050.00 | $ 35,050.00 | $ 235,000.00 | $ 235,000.00 | $ 2,900.00 | $ 2,900.00 | $ 272,950.00 |
| 10 | Refurbish Pump | 1 | LS | $ 103,450.00 | $ 103,450.00 | $ 178,000.00 | $ 178,000.00 | $ 24,900.00 | $ 24,900.00 | $ 306,350.00 |
| 11 | Refurbish Pump Shaft | 1 | LS | $ 31,650.00 | $ 31,650.00 | $ 260,670.00 | $ 260,670.00 | $ 2,500.00 | $ 2,500.00 | $ 294,820.00 |
| 12 | Pump Start-up and Testing | 1 | LS | $ 21,300.00 | $ 21,300.00 | $ 27,025.00 | $ 27,025.00 | | | $ 48,325.00 |
| 13 | Shipping and Insurance (2X) | 1 | LS | $ 18,500.00 | $ 18,500.00 | $ 115,800.00 | $ 115,800.00 | | | $ 134,300.00 |
| 14 | Refurbish Seal Water System | 1 | LS | $ 18,000.00 | $ 18,000.00 | $ 7,125.00 | $ 7,125.00 | | | $ 25,125.00 |
| 15 | Incidental (Baffel, access cover, gutter, grout spider, etc.) | 1 | LS | $ 71,600.00 | $ 71,600.00 | | | | | $ 103,270.00 |
| 16 | Electrical Power and Control work | 1 | LS | $ 18,400.00 | $ 18,400.00 | $ 31,670.00 | $ 31,670.00 | | | $ 18,400.00 |
| 17 | Painting | 1 | LS | $ 18,000.00 | $ 18,000.00 | | | | | $ 50,000.00 |
| 18 | Demobilization | 1 | LS | $ 33,000.00 | $ 33,000.00 | $ 32,000.00 | $ 32,000.00 | $ 5,625.00 | $ 5,625.00 | $ 38,625.00 |
| | Non-Prepriced Items Total | | | | $ 976,865.00 | | $ 1,028,215.00 | | $ 170,210.00 | $ 2,150,000.00 |

## SCHEDULE OF IDIQ WORK - NOT INCLUDED WITH BASIC REPAIR PROPOSALS

Non-Prepriced Item Estimate

| Item No: | Added Services (For Budget Purposes Only) | Qty | Unit | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 1 | Correct Intermediate shaft alignment | 1 | ea | $ 29,500.00 | $ 29,500.00 |
| 2 | New Pump Drive Shaft | 1 | ea | $ 47,850.00 | $ 47,850.00 |
| 3 | New Impeller | 1 | ea | $ 141,275.00 | $ 141,275.00 |
| 4 | Contractor's Pump Consultant | 1 | hr | $ 280.00 | $ 280.00 |
| 5 | Thrust Bearing | 1 | ea | $ 27,800.00 | $ 27,800.00 |