## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served by U.S. mail, first class, postage prepaid and/or hand-delivery, upon the following person(s), as set forth below:

SAMUEL P. KING, JR.
735 Bishop Street, Suite 304
Honolulu, HI 96813
     Attorney for Defendant
     PATRICK SHIN

ROY T. KAWAMOTO
United States Probation Office
300 Ala Moana Blvd., Room C-110
Honolulu, HI 96850-0001
     Sr. U.S. Probation Officer

DATED: _FEBRUARY 9 2006_, at Honolulu, Hawaii.