## JHL CONSTRUCTION

1320 Kalani Street, #104
Honolulu, HI 96817
Phone: (808) 841-2970  Fax: (808) 841-4970

## LETTER OF TRANSMITTAL

| Date: | Contract No. |
|---|---|
| August 21, 2002 | N62742-01-D-2188 |
| RE: | Overhaul Pump and Motor #1 |
| | Drydock #4, Pearl Harbor, HI |
| | WR #: 15650 |

TO:  Pam Morisaki

ATTN: _____

WE ARE SENDING YOU   ☑ Attached   ☐ Under separate cover via _____ the following items:

☐ Change Order     ☐ Plans    ☑ Proposal       ☐ Submittals
☐ Copy of Letter   ☐ Prints   ☐ Shop Drawings  ☐ Other: _____

| Item | Date | Copies | Description |
|---|---|---|---|
| 1 | 8/21/2002 | 2 | Revised Proposal for Overhaul Pump and Motor #1, Dry Dock 4 |
| | | | Based on ~~HIS~~ Electric quote |
| | | | HSi |

THESE ARE TRANSMITTED as checked below:

☑ For Approval           ☐ Approved as submitted     ☐ Resubmit   ____ copies for approval
☐ For Your Use           ☐ Approved as noted         ☐ Submit     ____ copies for distribution
☐ As Requested           ☐ Returned for corrections  ☐ Return     ____ corrected prints
☐ For Review and Comment ☐ FOR BIDS DUE
☐ Other: _____

REMARKS:
_____
_____
_____
_____

Copy to:

Signed: _____
         Geof Ulep

# CONTRACTOR'S PROPOSAL

Date:　　　　August 21, 2002

### 1. Project Data

Title:　　Overhaul Pump and Motor #1

Location:　Dry Dock 4, Pearl Harbor, HI

Contract No.: N62742-01-D-2188　　　　　Work Request:　　15650

### 2. Proposal Data

Total Cost (From Cost Estimate Sheets)　　　　$2,355,745.18

### 3. Total Performance Time:　　Calendar Days

### 4. Proposed Start Date:　　Days After Notice to Proceed

### 5. Supporting Data:

　　Cost Estimate Work Sheets

Geof Ulep
Estimate Prepared By

Authorized Signature of Contractor

Company: JHL Construction

NOTES:

1. See Assumptions and Clarifications on Civil Mechanical proposal.
2. Revised proposal based on HSI Electric quote.

# TOTAL PROJECT COST ESTIMATE

### Non Prepriced Items

| # | Item | Amount |
|---|---|---|
| 1 | Labor Cost | $ 972,086.40 |
| 2 | Coefficient on Labor (6%) | $ 58,325.18 |
| 3 | Total Labor | $ 1,030,411.58 |
| 4 | Material Cost | $ 930,040.00 |
| 5 | Coefficient on Material (15%) | $ 139,506.00 |
| 6 | Total Material Cost | $ 1,069,546.00 |
| 7 | Equipment Cost | $ 168,410.00 |
| 8 | Coefficient on Equipment (15%) | $ 25,261.50 |
| 9 | Total Equipment Cost | $ 193,671.50 |
| 10 | Subcontractor Cost | $ - |
| 11 | Coefficient (6%) on Subcontractor Cost | $ - |
| 12 | Total Subcontractor Cost | $ - |
| 13 | Other Cost | $ 62,116.09 |
| 14 | Total Non-Prepriced Cost | $ 2,355,745.18 |

### PrePriced Items (Mean's Estimate, includes CCI)

| # | Item | Amount |
|---|---|---|
| 15 | Labor Cost | $ - |
| 16 | Coefficient on Labor (6%) | $ - |
| 17 | Total Labor | $ - |
| 18 | Material Cost | $ - |
| 19 | Coefficient on Material (15%) | $ - |
| 20 | Total Material Cost | $ - |
| 21 | Equipment Cost | $ - |
| 22 | Coefficient on Equipment (15%) | $ - |
| 23 | Total Equipment Cost | $ - |
| 24 | Subcontractor Cost | $ - |
| 25 | Coefficient (6%) on Subcontractor Cost | $ - |
| 26 | Total Subcontractor Cost | $ - |
| 27 | Other Cost | $ - |
| 28 | Total Prepriced Cost | $ - |
| 29 | **Grand Total (Non-Prepriced and Prepriced)** | **$ 2,355,745.18** |

Nonpr⸺

## Non-Prepriced Item Estimate

| Item Description | Quan | Unit | Labor | Materials | Subs | Equipment | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Civil Mechanical Subcontractor | 1 | lsum | $ 956,400.00 | $ 929,290.00 | $ - | $ 168,410.00 | $ - | $ 2,054,100.00 |
| Quality Control | 0 | mos | $ - | $ - | $ - | $ - | $ - | $ - |
| Electrical Power and Control Work | 1 | lsum | $ 15,686.40 | $ 750.00 | $ - | $ - | $ - | $ 16,436.40 |
| Coordination and Oversight (3% on above) | 1 | lsum | $ - | $ - | $ - | $ - | $ 62,116.09 | $ 62,116.09 |

| Non-Prepriced Items Total | | | $ 972,086.40 | $ 930,040.00 | $ - | $ 168,410.00 | $ 62,116.09 | $ 2,132,652.49 |
|---|---|---|---|---|---|---|---|---|

nonpric

# Non Pre-price Breakdown

| | Quan | Unit | Worker Type | No. of Workers | $/Hr | Hrs | Total Cost |
|---|---|---|---|---|---|---|---|
| Electrical Power and Control Work | 1 | ea | Electrician | 3 | $ 65.36 | 80 | $ 15,686.40 |
| Total Nonpre-price | | | | | | | $ 15,686.40 |

BID SPREAD SHEET

Project: Dry Dock #4, Pump #1 (8/19/02)

| Task No. | DESCRIPTION | LABOR TOTAL | QTY | MATERIAL UNIT | MATERIAL TOTAL | QTY | EQUIPMENT UNIT | EQUIPMENT TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| #1 | Mob | $ 57,300.00 | 1 ls | $ 3,825.00 | $ 3,825.00 | 1 ls | $ 5,625.00 | $ 5,625.00 | $ 66,750.00 |
| #2 | Confined Space Assessment | $ 24,000.00 | 1 ls | $ 11,250.00 | $ 11,250.00 | 1 ls | $ 0.00 | $ 0.00 | $ 35,250.00 |
| #3 | Rigging & Scaffolding | $ 372,000.00 | 1 ls | $ 78,220.00 | $ 78,220.00 | 1 ls | $ 18,160.00 | $ 18,160.00 | $ 468,380.00 |
| #4 | Crane Service | $ 6,000.00 | 1 ls | $ 0.00 | $ 0.00 | 1 ls | $ 114,500.00 | $ 114,500.00 | $ 120,500.00 |
| #5 | Condition Reports | $ 21,600.00 | 1 ls | $ 13,300.00 | $ 13,300.00 | 1 ls | $ 0.00 | $ 0.00 | $ 34,900.00 |
| #6 | Assist PHNSY | $ 126,000.00 | 1 ls | $ 0.00 | $ 0.00 | 1 ls | $ 0.00 | $ 0.00 | $ 126,000.00 |
| #7 | Refurbish Pump Shaft | $ 31,650.00 | 1 ea | $ 257,670.00 | $ 257,670.00 | 1 ls | $ 2,500.00 | $ 2,500.00 | $ 291,820.00 |
| #8 | Refurbish Pump Motor | $ 28,050.00 | 1 ea | $ 152,300.00 | $ 152,300.00 | 1 ls | $ 1,750.00 | $ 1,750.00 | $ 182,100.00 |
| #9 | Refurbish Pump | $ 98,100.00 | 1 ea | $ 175,800.00 | $ 175,800.00 | 1 ls | $ 20,250.00 | $ 20,250.00 | $ 294,150.00 |
| #10 | Pump Start-Up & Testing | $ 21,300.00 | 1 ea | $ 27,025.00 | $ 27,025.00 | 1 ls | $ 0.00 | $ 0.00 | $ 48,325.00 |
| #11 | Shipping & Insurance | $ 18,000.00 | 2 ea | $ 58,200.00 | $ 116,400.00 | 1 ls | $ 0.00 | $ 0.00 | $ 134,400.00 |
| #12 | Refurbish Seal Water Sys. | $ 18,000.00 | 1 ls | $ 7,125.00 | $ 7,125.00 | 1 ls | $ 0.00 | $ 0.00 | $ 25,125.00 |
| #13 | Incidental (baffel, access cover, gutter, grout spider, etc.) | $ 75,600.00 | 1 ls | $ 27,675.00 | $ 27,675.00 | 1 ls | $ 0.00 | $ 0.00 | $ 103,275.00 |
| #14 | Lead Paint Abatement | $ 24,000.00 | 1 ls | $ 26,700.00 | $ 26,700.00 | 1 ls | $ 0.00 | $ 0.00 | $ 50,700.00 |
| #15 | Painting | $ 0.00 | 1 ls | $ 32,000.00 | $ 32,000.00 | 1 ls | $ 0.00 | $ 0.00 | $ 32,000.00 |
| #16 | Demobilization | $ 34,800.00 | 1 ls | $ 0.00 | $ 0.00 | 1 ls | $ 5,625.00 | $ 5,625.00 | $ 40,425.00 |
| | Sub Total | $ 956,400.00 | | | $ 929,290.00 | | | $ 168,410.00 | $ 2,054,100.00 |

file: bid/5650