# EXHIBIT A


**MARISCO**, LTD.
MARINE AND INDUSTRIAL SERVICE COMPANY

August 15, 2002


JEFF YLEP
JHL Construction
1320 Kalani Street, Suite 104
Honolulu, Hawaii 96817

Subject:   **OVERHAUL PUMP AND MOTOR #1,**
    **DRYDOCK #4**
    **PEARL HARBOR NAVAL SHIPYARD**

Mr. Ylep:

We at Marisco, Ltd. have in years past, overhauled and modified variable pitch column pumps. The latest were at Pearl Harbor Naval Shipyard at Drydock # 4, pump # 3 and in the year 2000, pump # 4. We have modified the control system with a new hydraulic control system. The pumps run satisfactorily. One has been running for three or four years and pump #3 has recently been turned over to the Federal Government after testing.

We are at Pearl Harbor Naval Shipyard on a daily basis working on pumps on Drydock # 2 and #4, and also on a variety of Naval vessels under separate contracts. Marisco, Ltd. is cognizant of quality assurance programs, safety, equipment and personnel certifications, all to accommodate the very tasks we accomplish.

Marisco, Ltd. is pleased to provide a proposed price of:

**OVERHAUL PUMP AND MOTOR #1**    $845,000.00 per layout

<u>Indefinite Quantity Work:</u>

| | | |
|---|---|---|
| 1. | Correct intermediate Shaft Alignment | Price depends on cause. |
| 2. | Squaring of coupling face | Price included in above |
| 3. | New pump shaft - short section | $ 18,500.00 each |
| | New pump shaft - long section | 27,500.00 each |
| 4. | New Impeller | 950,000.00 each |
| 5. | Contractor's Pump Consultant | 100.00 per hour |

**DRY DOCK ★ SHIP REPAIR**
91-607  MALAKOLE  ROAD
KAPOLEI,  HAWAII  96707
TELEPHONE (808) 682-1333
FACSIMILE  (808) 682-5848

August 15, 2002
JHL Construction
OVERHAUL PUMP AND MOTOR #1,
Page 2 of 2

The short layout plan accompanying this letter gives highlights of work to be performed. The above price for the overhaul of the pump and motor is based on the accomplishment of the attached scope of work. Depending on "as found" conditions of the pump components as spiders, shafts, impeller, suction bell, diffuser, bearing casings, a slight variation in price may occur in modifications of any additional work. We have in the past, manufactured new spiders, shafts, bearing housings, and packing glands for these same pumps.

We will be pleased to provide further details and/or clarifications as needed on work scope and breakdown of individual items with the exception of the overhaul of the electric motor and other electrical work. We also work closely with A&B Electric and American Electric on electrical systems.

Respectfully submitted,

Fred Anawati
President

Enclosures:  as stated

# MARISCO, LTD.
## OVERHAUL OF #1 PUMP AND MOTOR AT DRYDOCK #4, PHNSY
## SCOPE OF WORK

3.1 Mark, disconnect and remove the #1 main pump and oil head assembly, including drive shaft, to shop for repairs.

3.1.1   Remove and dispose of system fluids to accomplish the requirements of this work item.

3.1.1.1 Comply with applicable Federal, State, and Local Laws, codes, ordinances, and regulations, including the obtaining of licenses and permits in connection with waste handling and disposal requirements.

3.1.1.2 An access plate, provided by PHNSY, must be installed and made weather sealed immediately after each use.

3.1.1.3 Blank hydraulic system fluid connections with positive blanks to ensure system cleanliness.

3.1.1.4 Install cofferdams to culverts to prevent liquids from entering pump well.

3.1.1.4.1     Pump out liquids from pump well and side culverts, and redirect liquids across to opposite side drydock sumps to allow contract work.

3.1.2   Any lead control requirements incidental to work will be subject to a change order.

3.2 Accomplish the requirements of Standard Item 009-17 (attached) for the synchronous pump electric motor.

3.2.1   Inspect the motor per the requirements of Standard Item 009-17.

3.2.2   Submit report of inspection to J H L Construction.

3.2.3   Minimum insulation resistance shall be 4 meg-ohm at 77 degrees Fahrenheit for the rotor, and 10 meg-ohm at 77 degrees Fahrenheit for the stator.

3.2.4   Replace electric motor bearings with new.

3.2.4.1 New bearings shall be equal or superior in design, size, strength, characteristics and composition to existing with new.

3.3 Procure and install new rubber staves for line shaft bearings.

3.4 Disassemble the #1 main pump and oil head assembly and accomplish the following:

3.4.1   Use chemical or mechanical methods to free each part of contamination in accordance with Chapters 4, 5, and 18 of SupShip San Diego Reference No. 276 (attached)

3.4.2   Inspect each part and component for wear and defects.  Measure and record sizes and clearance.

3.4.3   Submit 4 legible copies of a report listing results of 3.4.2 to J H L Construction within 24 hours of completion.

# MARISCO, LTD.
## OVERHAUL OF #1 PUMP AND MOTOR AT DRYDOCK #4, PHNSY
## SCOPE OF WORK

3.4.3.1 The report shall include quantity, description of defects, location, proposed solutions, and or repair recommendations.

3.4.3.2 Provide cost estimates, material availability and time impact for all proposed solutions, and or repair recommendations.

3.4.4  Chase tap threaded areas to clean and restore thread forms.

3.4.5  Handwork, lap, skimcut or polish machined, sealing, aligning, mating and gasket surfaces. Ensure no excessive metal removal causing loss of critical sizes.

3.4.6  Deburr and fit keys and keyways. Replace loose keys with new keys.

**(CHECK POINT)** "STRAIGHTNESS"

3.4.7  Check and straighten each pump shaft and each drive shaft to within 0.002 inch total indicator reading.

3.4.8  Remove existing shaft coverings and recoat with marine shaft laminating epoxy to a thickness of 3/8 inch.

**(CHECK POINT)** "SPARK TEST"

3.4.9  Accomplish spark test of the coating on each shaft using a high voltage spark tester.

3.4.10  Accomplish the requirements of Standard Item 009-32(attached), including Table 14, Line 3, Columns A through F, for the normally painted exterior surfaces of each pump and pump shafts.

3.4.10.1 Parts along the shaft shall be cleaned by commercial blast cleaning, SSPC-SP7, and coated with two coats of Devoe Bar Rust 235 or equal formula, sequence black and gray in accordance with manufacturer's instructions.

3.4.10.2 Shaft surfaces shall be covered with resin impregnated fibrous glass cloth covering similar to surface ship's propeller shaft. Preservation coating shall be in accordance with 3.4.10.

3.5 Accomplish repairs to each Blade Angle Servo Motor and Oil Head Assembly fitting in accordance with manufacturer's specifications.

3.5.1  Accomplish the requirements of Standard Item 009-17 (attached) for the hydraulic Blade Angle Servo Motor, using nameplate data for guidance.

**(CHECK POINT)** "BALANCING"

3.6 Accomplish the requirements of Standard Item 009-15(attached) for the impeller rotating assembly.

**(CHECK POINT)** "NEW PARTS DURING INSTALLATION"

3.7 Reassemble the #1 main pump and drive shaft in correct alignment. Fit and install new gaskets, packing, bearings, grease fittings, pipe plugs, shims, "O" rings, impeller wear rings, keys, lock

# MARISCO, LTD.
## OVERHAUL OF #1 PUMP AND MOTOR AT DRYDOCK #4, PHNSY
## SCOPE OF WORK

washers, NI-CU Fasteners, seals, pins, and taper pins. Note: refurbish and reuse existing spiders and baffle plate.

3.7.1    Measure and record final sizes and clearances.

3.7.1.1  Submit 4 legible copies of a report listing readings taken in 3.7.1 to J H L Construction within 24 hours of completion.

3.8 Remove existing and install new the following new gauges.

| TOTAL QUANTITY | GAUGE RANGE |
|---|---|
| One | 0-50 PSIG |
| One | 0-60 PSIG |
| One | 0-200 PSIG |
| 2 | 0-300 PSIG |
| One | 50-300 Degree Fahrenheit Temperature Gauge |

3.8.1    Accomplish the requirements of Standard Item 009-14 (attached) for new gauges listed in 3.8.

3.9 Empty, clean, gas fee and certify as "SAFE FOR HOT WORK" the clean water and oil system piping and components when work required by this work item requires gas free conditions.

3.10        Accomplish piping removals and modifications to the existing systems to facilitate the removal and installation of the pump.

3.10.1   Replace the clean water system piping from the existing supply valves to the shaft bearing cages located on the lower level. Template from existing piping and components.

3.10.1.1 Accomplish the requirements of Standard Item 009-12 (attached), including Table One, Column A and B, Lines One through 9.

3.10.1.1.1    Remove brazing residuals in accordance with paragraph 5.8 of NAVSEA 0900-LP-001-7000.

3.11        Restore mating surfaces exposed by piping removals. Repair by removing high spots, burrs, abrasions, and foreign matter, where removal can be accomplished by hand tools.

3.11.1   Stay and support new work.

3.11.2   Restore system to operational status installing new gaskets and fasteners conforming to Category and Group D-3 of MIL-STD-777.

3.12        Reinstall main pump and drive shaft in correct alignment to respective drive motor installing new stainless steel shims, dowels, gaskets, lock devices and fasteners.

3.12.1   Install new hold down bolts and self-locking nuts conforming to MIL-S-1222, Grade 400 NI-CU, and shims conforming to QQ-S-763, Grade 304, CRES.

MARISCO, LTD.
## OVERHAUL OF #1 PUMP AND MOTOR AT DRYDOCK #4, PHNSY
### SCOPE OF WORK

**(CHECK POINT)** "ALIGNMENT"

3.12.2  Accomplish alignment for the pump and drive motor.

3.12.2.1 Install new coupling lock devices and fasteners.

**(CHECK POINT)** "FREE OF BINDING"

3.12.3  Manually rotate pump for a minimum of 2 turns ensuring pump turns free of binding.

3.12.4  Accomplish pitch calibration of each blade to match blade indicator.

3.12.5  Fill each system to the full mark with new hydraulic oil.  Filter the new oil through a clean 25 micron filter.

**(CHECK POINT)** "OPERATIONAL TEST"

3.13        Coordinate with dry dock representative for assistance and observe an operational test on No. One Main Pump and motor at all blade pitch variations for a minimum of one hour after temperatures stabilize.

3.13.1  Accomplish final adjustments.

3.13.2  Observe the new and affected piping proving proper operation, unobstructed flow and zero leakage during the operational testing.

3.13.3  Measure and record cold insulation resistance of windings to ground and between windings prior to test, using a 500 volt megger.

3.13.4  Measure and record speeds, phase voltages, phase amperages, and bearing and frame temperatures at 15-minute intervals during test.

3.13.5  Measure and record hot insulation resistances of windings to ground and between windings immediately upon completion of test, using a 500 volt megger.

3.13.6  Measure and record vibration readings of the pump during operational testing.

3.13.7  Submit four legible copies of a report listing results of tests to J H L Construction.

3.14        Accomplish the requirements of Standard Item 009-32 (attached) for new and disturbed surfaces to match surrounding areas.

NAVSEA
STANDARD ITEM

FY-03

ITEM NO:    009-12
DATE:       30 AUG 2001
CATEGORY:        II

1.  SCOPE:

1.1  Title: Welding, Fabrication, and Inspection Requirements; accomplish

2.  REFERENCES:

a.  Standard Items

b.  MIL-STD-1689, Fabrication, Welding, and Inspection of Ships Structure

c.  American Bureau of Shipping (ABS) Rules for Building and Classing Steel Vessels

d.  0900-LP-060-4010, Fabrication, Welding, and Inspection of Metal Boat and Craft Hulls

e.  S9074-AQ-GIB-010/248, Requirements for Welding and Brazing Procedure and Performance Qualification

f.  0900-LP-001-7000, Fabrication and Inspection of Brazed Piping Systems

g.  S9074-AR-GIB-010/278, Requirements for Fabrication Welding and Inspection, and Casting Inspection and Repair for Machinery, Piping, and Pressure Vessels

h.  MIL-STD-22, Welded Joint Design

i.  MIL-STD-2035, Nondestructive Testing Acceptance Criteria

j.  T9074-AS-GIB-010/271, Requirements for Nondestructive Testing Methods

k.  DOD-STD-2185, Requirements for Repair and Straightening of Bronze Naval Ship Propellers

l.  S9221-C1-GTP-010/020, Repair and Overhaul, Main Propulsion Boilers

m.  MIL-STD-2191, Repair, Welding, Weld Cladding, Straightening, and Cold Rolling of Main Propulsion Shafting

3.5  Utilize Attachment A to define combatant and non-combatant vessels and applicable table.

3.6  Where requirements in the repair and testing instructions for propulsion boilers conflict, 2.1 shall take precedence.

4.  <u>NOTES</u>:

4.1  When this note is referenced and the fabrication document requires record retention, the inspection is to be annotated with an (I).

4.2  The paragraph referencing this note is considered an (I) if the welding/brazing is Class P-1, P-LT, P-3a, M-1 or T-1.  If the welding/brazing is Class P-2, P-3b, M-2, or T-2, then the paragraph is considered a (V).

4.3  Brazing of Class P-3b steam piping is considered (V)(G).

WELDING, FABRICATION, AND INSPECTION OF PRESSURE VESSELS, PROPELLERS, AND MACHINERY

| LINE | COLUMN / SITUATION EVOLUTION | A — CLASS P-1, P-2 AND P-LT PIPING | B — CLASS P-3A AND P-3B PIPING | C — HARD FACING VALVE PARTS | D — CLASS A PRESSURE VESSEL | ** PROPULSION BOILERS | E — *PROPELLERS (BRONZE) |
|---|---|---|---|---|---|---|---|
| 7 | HEAT TREATMENT | S9074-AR-GIB-010/278 PARAGRAPH 6 | 0900-LP-001-7000 SECTION 5 | S9074-AR-GIB-010/278 PARAGRAPHS 6 AND 11.6 | S9074-AR-GIB-010/278 PARAGRAPH 6 | S9221-C1-GTP-010/020 | S9074-AR-GIB-010/278 PARAGRAPH 6 / DOD-STD-2185 PARAGRAPH 5 |
| 8 | WORKMANSHIP REQUIREMENTS | S9074-AR-GIB-010/278 PARAGRAPH 7 | 0900-LP-001-7000 SECTION 5 | S9074-AR-GIB-010/278 PARAGRAPHS 7 AND 11.6 | S9074-AR-GIB-010/278 PARAGRAPH 7 | S9221-C1-GTP-010/020 | S9074-AR-GIB-010/278 PARAGRAPH 7 |
| 9 | VISUAL INSPECT JOINT FIT-UP | S9074-AR-GIB-010/278 PARAGRAPH 9 MIL-STD-22 (V) OR (V)(G) (SEE 4.3) "JOINT FIT-UP" | 0900-LP-001-7000 SECTION 7 (V) "JOINT FIT-UP" | NOT APPLICABLE | S9074-AR-GIB-010/278 PARAGRAPH 9 MIL-STD-22 (V) "JOINT FIT-UP" | S9221-C1-GTP-010/020 | DOD-STD-2185 PARAGRAPH 5 |
| 10 | VISUAL INSPECTION | S9074-AR-GIB-010/278 PARAGRAPH 10 MIL-STD-2035 SECTION 4 (V) OR (I) "VISUAL INSPECTION" (SEE 4.2) | 0900-LP-001-7000 SECTION 7 AND 8 (V) OR (I) "VISUAL INSPECTION" (SEE 4.2) | S9074-AR-GIB-010/278 PARAGRAPH 11.6.3 MIL-STD-2035 SECTION 4 | S9074-AR-GIB-010/278 PARAGRAPH 10 MIL-STD-2035 SECTION 4 (I) "VISUAL INSPECTION" | | MIL-STD-2035 SECTION 4 |
| 11 | RADIOGRAPHIC INSPECTION (RT) | S9074-AR-GIB-010/278 PARAGRAPH 10 T9074-AS-GIB-010/271 PARAGRAPH 3 MIL-STD-2035 SECTION 5 (NORMALLY ONLY P-1 AND P-LT) (I) "RT" | NOT APPLICABLE | | S9074-AR-GIB-010/278 PARAGRAPH 10 T9074-AS-GIB-010/271 PARAGRAPH 3 MIL-STD-2035 SECTION 5 (I) "RT" | | NOT APPLICABLE |

\* - PARAGRAPH 3.3.3 APPLIES
\*\* - PARAGRAPH 3.6 APPLIES

WELDING, FABRICATION, AND INSPECTION OF PIPING, PRESSURE VESSELS, PROPELLERS, AND MACHINERY

TABLE 1

| LINE | COLUMN / SITUATION EVOLUTION | F MACHINERY CLASS M | G TURBINE PARTS | H CASTINGS | I FORCED DRAFT BLOWERS | J REDUCTION AND STEAM TURBINE DRIVEN AUXILIARY GEARS |
|---|---|---|---|---|---|---|
| 1 | WELDER AND BRAZER QUALIFICATIONS | S9074-AQ-GIB-010/248, PARAGRAPH 5 | | | | |
| 2 | WELDING PROCEDURE | S9074-AQ-GIB-010/248, PARAGRAPH 4 | | | | |
| 3 | BRAZING PROCEDURE | NOT APPLICABLE | | | | |
| 4 | WELDING REQUIREMENTS | S9074-AR-GIB-010/278 PARAGRAPH 6 | | | | |
| 5 | FILLER MATERIAL | S9074-AR-GIB-010/278, PARAGRAPH 5 | | | | |
| 6 | JOINT DESIGN | S9074-AR-GIB-010/278, PARAGRAPH 9, AND MIL-STD-22 | | | | |
| 7 | HEAT TREATMENT | S9074-AR-GIB-010/278, PARAGRAPHS 6 AND 8 | | | | |
| 8 | WORKMANSHIP REQUIREMENTS | S9074-AR-GIB-010/278, PARAGRAPH 7 | | | | |
| 9 | VISUAL INSPECT JOINT FIT-UP | S9074-AR-GIB-010/278, PARAGRAPH 10, AND MIL-STD-22 (V) "JOINT FIT-UP" | | | | |
| 10 | VISUAL INSPECTION | S9074-AR-GIB-010/278 PARAGRAPH 10  MIL-STD-2035 SECTION 4 (V) or (I) "VISUAL INSPECTION" (See 4.2) | S9074-AR-GIB-010/278 PARAGRAPH 14 (V) or(I) "VISUAL INSPECTION" (See 4.2) | S9074-AR-GIB-010/278 PARAGRAPH 13  MIL-STD-2035 SECTION 4 | S9074-AR-GIB-010/278 PARAGRAPH 16 | S9074-AR-GIB-010/278 PARAGRAPH 15 |
| 11 | RADIOGRAPHIC INSPECTION (RT) | S9074-AR-GIB-010/278 PARAGRAPH 10 T9074-AS-GIB-010/271 PARAGRAPH 3  MIL-STD-2035 SECTION 5 (I) "RT" | S9074-AR-GIB-010/278 PARAGRAPH 14 T9074-AS-GIB-010/271 PARAGRAPH 3  MIL-STD-2035 SECTION 5 (I) "RT" | S9074-AR-GIB-010/278 PARAGRAPH 13 | S9074-AR-GIB-010/278 PARAGRAPH 16 T9074-AS-GIB-010/271 PARAGRAPH 3  MIL-STD-2035 SECTION 5 | NOT APPLICABLE |

ITEM NO.: 009-12
FY-03

TABLE 2

WELDING, FABRICATION, AND INSPECTION OF SURFACE SHIP HULLS (COMBATANT)

| LINE | COLUMN | A<br>CARBON STEEL (MS) AND (HTS) | B<br>*HIGH STRENGTH STEEL (HY-80/100, HSLA-80 AND STS) | C<br>ALUMINUM ALLOY | D<br>CHROMIUM NICKEL STEEL (STAINLESS) | E<br>COPPER AND/OR NICKEL BASE ALLOYS | F<br>SILICONE BRONZE ALUMINUM BRONZE |
|---|---|---|---|---|---|---|---|
| 1 | WELDER QUALIFICATION | | | S9074-AQ-GIB-010/248, PARAGRAPH 5 | | | |
| 2 | WELDING PROCEDURE | | | S9074-AQ-GIB-010/248, PARAGRAPH 4 | | | |
| 3 | ELECTRODE | MIL-STD-1689 PARAGRAPH 10 TABLE X | MIL-STD-1689 PARAGRAPH 10 TABLE XI | MIL-STD-1689 PARAGRAPH 10 TABLE XVI | MIL-STD-1689 PARAGRAPH 10 TABLES XII AND XIII | MIL-STD-1689 PARAGRAPH 10 TABLES XIV AND XV | S9074-AR-GIB-010/278 TABLE II |
| 4 | JOINT DESIGN | | | MIL-STD-22<br>MIL-STD-1689, PARAGRAPH 11 | | | |
| 5 | WELDING REQUIREMENTS | | | MIL-STD-1689, PARAGRAPH 13 | | | |
| 6 | WORKMAN-SHIP REQUIREMENTS | | | MIL-STD-1689, PARAGRAPHS 12 AND 14 | | | |
| 7 | VISUAL<br>(I) If applicable; see 4.1. | | | MIL-STD-1689, PARAGRAPHS 6, 7, AND 8<br>T9074-AS-GIB-010/271, PARAGRAPH 8 | | | |
| 8 | RADIO-GRAPHIC INSPECTION (RT)<br>(I) If applicable; see 4.1. | | | MIL-STD-1689, PARAGRAPHS 6, 7, AND 8<br>MIL-STD-2035, SECTION 5<br>T9074-AS-GIB-010/271, PARAGRAPH 3 | | | |

*- PARAGRAPH 3.4 APPLIES

ITEM NO: 009-12
FY-03

TABLE 3
WELDING, FABRICATION, AND INSPECTION OF SURFACE SHIP HULLS (NON-COMBATANT) · · ·

| LINE | COLUMN | A CARBON STEEL (MS) | B HIGH STRENGTH STEEL (HY-80/100) | C ALUMINUM ALLOY | D CHROMIUM NICKEL STEEL (STAINLESS) | E COPPER AND/OR NICKEL BASE ALLOYS | F SILICONE BRONZE ALUMINUM BRONZE |
|---|---|---|---|---|---|---|---|
| 1 | WELDER QUALIFICATION | | | ABS RULES, PART 2, SECTION 3, PART A | | | |
| 2 | WELDING PROCEDURE | | | ABS RULES, PART 2, SECTION 3, PART A | | | |
| 3 | ELECTRODE | | | ABS RULES, PART 2, SECTION 3, PART A | | | |
| 4 | JOINT DESIGN | | | ABS RULES, PART 2, SECTION 3, PART A | | | |
| 5 | WELDING REQUIREMENTS | | | ABS RULES, PART 2, SECTION 3, PART A | | | |
| 6 | WORKMANSHIP REQUIREMENTS | | | ABS RULES, PART 2, SECTION 3, PART A | | | |
| 7 | VISUAL | | | ABS RULES, PART 2, SECTION 3, PART A | | | |
| 8 | RADIOGRAPHIC INSPECTION (RT) | | | ABS RULES, PART 2, SECTION 3, PART A | | | |

ITEM NO: 009-12
FY-03

TABLE 4

WELDING, FABRICATION, AND INSPECTION OF METAL BOAT AND CRAFT HULLS

| LINE | COLUMN / MATERIAL EVOLUTION | A CARBON STEEL (MS) | B *HIGH STRENGTH STEEL (HY-80/100) | C ALUMINUM ALLOY | D CHROMIUM NICKEL STEEL (STAINLESS) | E COPPER AND/OR NICKEL BASE ALLOYS | F SILICONE BRONZE ALUMINUM BRONZE |
|---|---|---|---|---|---|---|---|
| 1 | WELDER QUALIFICATION | S9074-AQ-GIB-010/248, PARAGRAPH 5 | | | | | |
| 2 | WELDING PROCEDURE | S9074-AQ-GIB-010/248, PARAGRAPH 4 | | | | | |
| 3 | ELECTRODE | 0900-060-4010 SECTION 10 TABLE 10-1 | 0900-060-4010 SECTION 10 TABLES 10-2 AND 10-3 | 0900-060-4010 SECTION 10 TABLE 10-7 | 0900-060-4010 SECTION 10 TABLE 10-4 | 0900-060-4010 SECTION 10, TABLES 10-5 AND 10-6 | S9074-AR-GIB-010/278 TABLE II |
| 4 | JOINT DESIGN | MIL-STD-22 0900-060-4010, SECTION 11 | | | | | |
| 5 | WELDING REQUIREMENTS | 0900-060-4010, SECTION 13 | | | | | |
| 6 | WORKMANSHIP REQUIREMENTS | 0900-060-4010, SECTION 14 | | | | | |
| 7 | VISUAL | 0900-060-4010, SECTIONS 6, 7, AND 8 T9074-AS-GIB-010/271, PARAGRAPH 8 | | | | | |
| 8 | RADIOGRAPHIC INSPECTION (RT) | 0900-060-4010, SECTION 6, TABLE 6-1 AND SECTIONS 7 AND 8 T9074-AS-GIB-010/271, PARAGRAPH 3 | | | | NOT APPLICABLE | |
| 9 | ULTRASONIC INSPECTION (UT) | T9074-AS-GIB-010/271, PARAGRAPH 6 | | | | | |
| 10 | LIQUID PENETRANT INSPECTION (PT) | 0900-060-4010, SECTIONS 6, 7, AND 8 T9074-AS-GIB-010/271, PARAGRAPH 5 | | | | | |
| 11 | MAGNETIC PARTICLE INSPECTION (MT) | 0900-060-4010 SECTION 6 T9074-AS-GIB-010/271, PARAGRAPH 4 | | | | | |

*. - PARAGRAPH 3.4 APPLIES

ITEM NO: 009-12
FY-03

13 of 18

ATTACHMENT A
(Con't)

MINE WARFARE SHIPS                                                    TABLE

    Mine Countermeasures Support Ship ....................MCS..........2
    Mine Countermeasures Ship .........................MCM........ 2
    Coastal Minehunter ................................MHC..........2

COMBATANT SURFACE CRAFT

AMPHIBIOUS WARFARE CRAFT

    Landing Craft, Air Cushion ........................LCAC........ 4
    Landing Craft, Mechanized .........................LCM........ 4
    Landing Craft, Personnel, Large ...................LCPL........ 4
    Landing Craft, Utility ............................LCU........ 2
    Landing Craft, Vehicle, Personnel .................LCVP........ 4
    Light Seal Support Craft ..........................LSSC........ 4
    Amphibious Warping Tug ............................LWT........ 4
    Medium Seal Support Craft .........................MSSC........ 4
    Swimmer Delivery Vehicle ..........................SDV........ 4
    Side Loading Warping Tug ..........................SLWT........ 4
    Special Warfare Craft, Light ......................SWCL........ 4
    Special Warfare Craft, Medium .....................SWCM........ 4

PATROL CRAFT

    Mini-Armored Troop Carrier ........................ATC........ 4
    Patrol Boat .......................................PB........ 4
    River Patrol Boat .................................PBR........ 4
    Patrol Craft (fast) ...............................PCF........ 4
    Fast Patrol Craft .................................PTF........ 4

ITEM NO: 009-12
FY-03

ATTACHMENT A
(Con't)

NON-COMBATANT SURFACE CRAFT

## SERVICE CRAFT

```
Large Auxiliary Floating Dry Dock (non-self-propelled) ...AFDB... 3
Small Auxiliary Floating Dry Dock (non-self-propelled) ...AFDL... 3
Medium Auxiliary Floating Dry Dock (non-self-propelled) ..AFDM... 3
Auxiliary Repair Dry Dock (non-self-propelled) ...........ARD... 3
Medium Auxiliary Repair Dry Dock (non-self-propelled) ....ARDM... 3
Causeway Section, Powered ................................CSP... 3
Causeway Section (non-self-propelled) ...................CSNP... 3
Unclassified Miscellaneous ................................IX... 3
Miscellaneous Auxiliary (self-propelled) ................YAG... 3
Open Lighter (non-self-propelled) .........................YC... 3
Car Float (non-self-propelled) ...........................YCF... 3
Aircraft Transportation Lighter (non-self-propelled) .....YCV... 3
Cargo Semi-Submersible Barge ............................YCSS... 3
Floating Crane (non-self-propelled) .......................YD... 3
Diving Tender (non-self-propelled) .......................YDT... 3
Covered Lighter (self-propelled) ..........................YF... 3
Ferryboat or Launch (self-propelled) .....................YFB... 3
Yard Floating Dry Dock (non-self-propelled) ..............YFD... 3
Covered Lighter (non-self-propelled) .....................YFN... 3
Large Covered Lighter (non-self-propelled) ..............YFNB... 3
Dry Dock Companion Craft (non-self-propelled) ...........YFND... 3
Lighter (special purpose) (non-self-propelled) ..........YFNX... 3
Floating Power Barge (non-self-propelled) ...............YFP... 3
Refrigerated Covered Lighter (self-propelled) ...........YFR... 3
Refrigerated Covered Lighter (non-self-propelled) ......YFRN... 3
Covered Lighter (range tender) (self-propelled) ........YFRT... 3
Harbor Utility Craft (self-propelled) ...................YFU... 3
Garbage Lighter (self-propelled) ..........................YG... 3
Garbage Lighter (non-self-propelled) ....................YGN... 3
Salvage Lift Craft, Heavy (non-self-propelled) .........YHLC... 3
Salvage Lift Craft, Light ...............................YLC... 3
Dredge (self-propelled) ...................................YM... 3
Gate Craft (non-self-propelled) .........................YNG... 3
Fuel Oil Barge (self-propelled) ...........................YO... 3
Gasoline Barge (self-propelled) ..........................YOG... 3
Gasoline Barge (non-self-propelled) .....................YOGN... 3
Fuel Oil Barge (non-self-propelled) .....................YON... 3
Oil Storage Barge (non-self-propelled) ..................YOS... 3
Patrol Craft (self-propelled) .............................YP... 4
Floating Pile Driver (non-self-propelled) ...............YPD... 3
```

NAVSEA
STANDARD ITEM

FY-03

ITEM NO:    009-14
DATE:       14 SEP 2000
CATEGORY:      II

1.   SCOPE:

1.1   Title: Gages and Thermometers; repair and calibrate

2.   REFERENCES:

a.   ISO 17025, General Requirements for the Competence of Testing and Calibration Laboratories, First Edition

b.   ANSI/NCSL Z540-1, General Requirements for Calibration Laboratories and Measuring and Test Equipment

c.   OD 45845, Metrology Requirements List

3.   REQUIREMENTS:

3.1   Disconnect and remove each gage and thermometer.

3.1.1   Remove sealed gages as a complete unit.

3.2   Clear gage lines from instrument side of root connection of obstructions by blowing clean, dry air through the lines.

3.3   Disassemble and clean equipment to remove loose paint and foreign matter.

3.3.1   Do not disassemble sealed gage unit.

3.4   Repair the gages and thermometers to manufacturer's specifications.

3.4.1   Remove defective and install new components.  Install new components where missing.

3.4.2   Free-up and adjust moving parts.

3.4.3   Restore unit cases to original finish.

3.5   Reassemble equipment.

3.6   Calibrate and adjust each gage and thermometer to the manufacturer's specifications, using appropriate calibration procedures and test equipment.

4.2  The SUPERVISOR will provide a copy of the calibration data to the Ship's Force Calibration Coordinator for the purpose of updating the ship's RECALL list.

4.3  Contact one of the following commercial accreditation organizations for visit arrangements (to ISO 17025 or ANSI/NCSL Z540-1) and payment requirements.

> The American Association of Laboratory Accreditors
> The National Voluntary Laboratory Accreditation Program

4.4  Contact one of the following Navy Certification Activities for visit arrangements (to ANSI/NCSL Z540-1) and payment requirements:

> FTSCLANT
> POC Jim Waller
> (757) 485-6242
> FAX (757) 485-6279
>
> FTSCPAC
> POC Ken Wampler
> (619) 556-2661
> FAX (619) 556-6706

4.5  This item does not apply to oxygen gages.

NAVSEA
STANDARD ITEM

FY-03

ITEM NO:    009-15
DATE:       14 SEP 2000
CATEGORY:       II

1.  SCOPE:

1.1  Title: Rotating Machinery; balance

2.  REFERENCES:

a.  S9245-AR-TSM-010/PROP, Marine Propeller Inspection, Repair and Certification

3.  REQUIREMENTS:

3.1  Measure and record the maximum eccentricity of the rotor shaft and installed components relative to the points of support using dial indicators.

3.2  Balance rotating machinery assemblies or components in accordance with the following requirements and procedures:

3.2.1  Except for propellers, if the design operating speed of the component to be balanced is less than 150 revolutions per minute (RPM), the rotor including shaft shall be balanced by symmetrically supporting the rotor on two knife edges and applying a correction to attain a gravity balance.

3.2.2  Except for propellers, if the design operating speed of the component to be balanced is equal to or greater than 150 RPM, the rotor including shaft shall be balanced with equipment which requires rotation of the work piece.

3.2.3  Propellers shall be balanced in accordance with 2.a.

3.2.4  Types of correction:

| TYPES OF CORRECTION | N  1/ | ROTOR CHARACTERISTIC  1/ | |
|---|---|---|---|
| Single-plane | 0 - 1000 | L/D | Less than or Equal to 0.5 |
|  | 0 - 150 | L/D | Greater than 0.5 |
| Two-plane | Greater than 1000 | L/D | Less than or Equal to 0.5 |
|  | Greater than 150 | L/D | Greater than 0.5 |

3.3.6  Date of last calibration, by whom it was calibrated, and when the next calibration is due for the balancing machine

3.3.7  Maximum total indicated runout of rotor or balancing arbor

3.3.8  Weight of rotor assembly in pounds

3.3.9  Design operating RPM of rotor

3.3.10  Computation of allowable unbalance in ounce-inches

3.3.11  Measured unbalance, prior to and after balancing, in ounce-inches

3.4  Submit four legible copies of a report listing computations or procedures for converting displacement measurements to ounce-inches of unbalance force to the SUPERVISOR, when the machine used to balance components indicates displacement measurements in lieu of direct unbalance forces.

4.  <u>NOTES</u>:

4.1  None.

NAVSEA
STANDARD ITEM

FY-03

ITEM NO:    009-17
DATE:       30 AUG 2001
CATEGORY:      II

1.  SCOPE:

1.1  Title: Rotating Electrical Equipment; repair

2.  REFERENCES:

a.  Standard Items

b.  Equipment *Technical* Manual

c.  S9086-KC-STM-010/CH-300, Electric Plant - General

d.  S9086-KE-STM-000/CH-302, Electrical Motors and Controllers

e.  S9086-KN-STM-010/CH-310, Electrical Power Generators and Conversion Equipment

f.  S9086-HN-STM-010/CH-244, Propulsion Bearings and Seals

g.  0900-LP-060-2010, Electrical Machinery Repair, Volume One, Electrical Motor Repair, Shop Procedures Manual

h.  S9310-AC-HBK-010, Commutator/Slip Ring Maintenance Handbook

i.  MIL-STD-1310, Shipboard Bonding, Grounding, and Other Techniques for Electromagnetic Compatibility and Safety

3.  REQUIREMENTS:

3.1  Accomplish preliminary repair preparations as follows:

3.1.1  Prior to disconnecting equipment:

3.1.1.1  Record and retain electrical hook-up data.  Record and retain air gap readings.  Record and retain bearing clearances for sleeve bearing equipment only.

3.1.1.2  Inspect couplings for cracks, broken segments, wear, and misalignment in excess of tolerances specified in 2.b.

1 of 9                          ITEM NO:   009-17
                                           FY-03

3.13 Clean the equipment and windings in accordance with Paragraphs 300-4.5.1 through 300-4.5.5 of 2.c.

3.13.1 Dry the equipment by placing it in an oven in accordance with Paragraph 300-5.3.2.3 of 2.c.

3.14 Allow to cool to ambient temperature and accomplish a 500-volt megger insulation resistance test, using Paragraphs 300-3.2.2 through 300-3.2.3, 300-3.4.8, 300-3.4.11, and 300-5.3.7.1 of 2.c for guidance.  Record data.

3.15 Accomplish a DC HI POT test in accordance with Paragraphs 300-3.5.2.3 through 300-3.5.2.3.4 of 2.c.  Record data.

3.16 Repeat cleaning, drying, and testing in 3.13 through 3.15 if DC HI POT test readings are questionable, or if insulation resistance readings are not in accordance with the following:

3.16.1 DC generators and motors (except propulsion and auxiliary generators for submarines) including exciters, Table 300-3-4 of 2.c.

3.16.2 DC propulsion generators and motors and DC auxiliary generators for submarines, Table 300-3-5 of 2.c.

3.16.3 AC generators and motors other than propulsion, Table 300-3-6 of 2.c.

3.16.4 AC propulsion generators and motors, Table 300-3-7 of 2.c.

3.17 If satisfactory readings are not obtained after the second cleaning, repeat 3.13 through 3.15.

3.18 Notify the SUPERVISOR if satisfactory readings are not obtained after a third cleaning.

3.19 Accomplish a DC resistance test of windings, using a Wheatstone or Kelvin bridge, or with an ohmmeter capable of resolving one milliohm (.001 ohm).  Record phase balance for multi-phase equipment, using Paragraph 5.22 of 2.g for guidance.  Record data.

3.20 Accomplish a voltage surge test in accordance with Paragraphs 300-3.5.4 through 300-3.5.5 of 2.c.  Record data.

3.21 Submit four legible copies of a report listing winding defects such as opens, grounds, shorts, reversed or unbalanced coil groups or phases incorrect connections, cracked or brittle insulation, and loose bands, fillers, wedges, and connections to the SUPERVISOR.

3.21.1 Include test results from 3.14 through 3.17, 3.19 and 3.20.

the intervals specified by the varnish manufacturer.  The record must also show the varnish is being stored as recommended by the varnish manufacturer.

3.29 Varnish windings in accordance with Paragraphs 300-4.5.8.2 of 2.c and the varnish manufacturer's instructions.

3.29.1 Do not immerse the leads.

3.29.2 Wipe surfaces that affect assembly, such as rabbet fits and mounting flanges, with a cloth moistened with a solvent after draining and before baking.

3.30 Remove excess varnish run-off from the component locations described in 3.29.2, after baking.  Apply a thin coat of air dry varnish to metal surfaces exposed by the removal process in accordance with Paragraph 300-4.5.8.5 and 300-4.5.8.6 of 2.c.

3.31 Repeat tests described in 3.14, 3.15, 3.19, and 3.20.

3.32 Accomplish an AC HI POT test in accordance with Paragraphs 300-3.5.3 through 300-3.5.3.2.9 of 2.c.  Record data.

3.33 Accomplish a 500-volt megger insulation resistance test, using Paragraphs 300-3.2.2 through 300-3.2.3, 300-3.4.8, 300-3.4.11, and 300-5.3.7.1 of 2.c for guidance.  Record data.

3.34 Measure resistance value of each winding temperature detector, using a low voltage ohmmeter.  Record data.

3.35 Submit four legible copies of a report listing the results of the requirements of 3.31 through 3.34 to the SUPERVISOR.

3.36 True the commutator or collector rings.  Eccentricity shall not exceed the requirements of 2.h.  Resurface or machine each individual collector ring to the same exact diameter to allow symmetrical  brush holder to ring clearance spacing.  Ensure metal shavings are not permitted to contaminate the rotor or stator assembly.

3.36.1 Each cut shall not exceed 0.010 inch.  Finish thickness shall not be less than design wear tolerance as shown in 2.b.

3.36.2 Undercut the mica between the commutator bars with the edge of the mica not exceeding a depth of 5/64-inch below the bars.

3.36.3 Chamfer the bar edges and remove rough surfaces in accordance with Paragraph 5-2-4 of 2.h.

3.36.4 Burnish the commutator with a very fine commercial burnishing stone conforming to A-A-58052.  Polish collector rings to a mirror finish.

3.42.2 Lubricate bearings with grease conforming to DOD-G-24508 as required in Paragraphs 244-1.7.7.1 and 244-1.7.7.3 of 2.f.

3.43 Assemble the equipment disassembled in 3.5, using 2.b through 2.g for guidance.

3.43.1 Do not use materials containing silicone in the repair and assembly of equipment with commutator or collector rings.

3.43.2 Install new fasteners conforming to MIL-DTL-1222, Type I or II, Grade 5, zinc coated.

3.43.3 Fasteners requiring a permeability factor of 2.0 or less shall conform to Grade 304 CRES.

3.43.4 Install new gaskets on covers, inspection plates, and between the external connection box and the frame. Gaskets shall conform to MIL-PRF-1149 unless otherwise specified in 2.b.

3.43.5 Set brush holders not less than 1/16-inch or more than 1/8-inch from commutator or collector rings unless otherwise specified in 2.b.

3.43.6 Set brush holders in electrical neutral plane and stagger brushes for maximum coverage of the commutator, in accordance with Paragraph 300-4.7.7.1.10 of 2.c.

3.43.7 Center the brush holder over the collector rings.

3.43.7.1 Ensure the brushes do not extend beyond the edge of the collector rings.

3.43.8 Install new brushes in accordance with 2.b. Sand new brushes to fit curvature of the commutator or collector rings, using Paragraph 4-4-4.2 through 4-4-4.4 of 2.h for guidance.

3.43.8.1 Brushes shall have a surface contact of 100 percent and shall not be chipped, cracked, or broken.

3.43.8.2 Remove sand, carbon, and other foreign matter resulting from fitting new brushes.

3.43.9 Adjust spring tension of brushes in accordance with 2.b.

3.43.10 Adjust air gap as specified in 2.b, plus or minus 10 percent.

3.43.11 Rotate shaft by hand a minimum of three revolutions. Rubbing or binding of the rotating assembly not allowed.

3.43.12 Install label plates conforming to MIL-DTL-15024 for those found to be missing or damaged.

(V)(G)  "OPERATIONAL TEST"

3.46 Accomplish an operational test of the equipment at full nameplate load or maximum system capacity for a minimum of one hour after temperatures stabilize, unless otherwise specified in the invoking Work Item.

3.46.1 Verify oxide film coating of the commutator/collector rings in accordance with 2.h.

3.46.2 Record current, voltage, frame and bearing temperature rise, and speed at 15 minute intervals.

3.46.2.1 Bearing temperatures shall not exceed 180 degrees Fahrenheit, unless otherwise specified in the invoking work item or equipment *technical* manual.

3.46.3 Measure and record hot insulation resistances of windings to ground immediately upon completion of test, using a 500 volt megger.

3.47 Submit four legible copies of a report listing data recorded in 3.45.4, 3.45.8, 3.46.2, and 3.46.3 to the SUPERVISOR.

4.  NOTES:

4.1  Equipment *technical* manual and drawings will be *listed* in the invoking Work Item.

4.2  Shop test of generator will be addressed in the invoking Work Item.

4.3  The use of silicone is not allowed on any rotating electrical machinery with brushes.

| VARIOUS LOCATIONS TABLE 14 | LINE | A SURFACE PREPARATION | B PRIMER | C | D | E | F TOTAL SYSTEM | G DESIGNATION & MARKINGS |
|---|---|---|---|---|---|---|---|---|
| LOCATION: UNHEATED PIPING, FITTINGS, VALVES | 1 | HAND TOOL CLEAN, SSPC-SP-2 – & – POWER TOOL CLEAN, SSPC-SP-3 SEE NOTE (40) | ONE COAT F-84, ALKYD ZINC MOLYBDATE, TT-P-645, 1.5 MILS – OR – NILES CHEMICAL PAINT CO. PRODUCT N-697A, ONE MIL TOTAL | ONE COAT F-84, ALKYD ZINC MOLYBDATE, TT-P-645, 1.5 MILS | 2 COATS OF BILGE FINISH COAT TO MATCH SURROUNDING SURFACES, INCLUDING LAGGED SURFACES |  |  | ONE COAT MIL-PRF-24635, 1.5 MILS. FOR COLOR CODED SYSTEMS |
|  | 2 | SAME AS LINE ONE | ONE COAT F-150, MIL-DTL-24441, 3 MILS SEE NOTE (1) |  | SAME AS LINE ONE |  |  |  |
| UNHEATED FERROUS MACHINERY EXTERNAL SURFACES | 3 | SAME AS LINE ONE | SAME AS LINE ONE |  | ONE COAT F-111, MIL-E-15090, 1.5 MILS – OR – ONE COAT NO. 26307 (FED STD 595), MIL-PRF-24635, 3 MILS |  |  |  |
| MACHINERY, GAGEBOARDS | 4 | SAME AS LINE ONE | SAME AS LINE ONE | 2 COATS F-111, MIL-E-15090, 3 MILS – OR – ONE COAT NO. 26307 (FED STD 595), MIL-PRF-24635, 3 MILS TOTAL |  |  |  |  |
| SEE NOTE (39) | 5 | SAME AS LINE ONE | SAME AS LINE ONE | ONE COAT OF FINISH COAT TO MATCH SURROUNDING COMPARTMENT OR AREA |  |  |  |  |
| FERROUS SHEET METAL SURFACES (UNHEATED, EXTERNAL & INTERNAL) | 6 | POWER TOOL CLEAN TO BARE METAL, SSPC-SP-11 | ONE COAT F-150, MIL-DTL-24441, 3 MILS | ONE COAT F-151, MIL-DTL-24441, 3 MILS | FORMULA 34, DOD-E-24607, 5 MILS W/F7 AS BINDER SEE NOTE (36) | VERMICULITE, ASTM C516 TYPE I, GRADE 4, SPRAYED | FORMULA 174, DOD-E-24607, 2-4 MILS DFT |  |
| UNINSULATED SIDE OF BULKHEAD OR SHELL ADJACENT TO SEA OR AC BOUNDARY | 7 | SAME AS LINE 6 | ONE COAT HEMPADUR 45152-50630, 5 MILS | ONE COAT HEMPEL ANTI-CONDENS 61705-10000, 50-60 MILS |  |  |  |  |

ITEM NO:

MIL-STD-777E(SH)
NOTICE 2
13 November 1991

| Item | Category and group | Types | Services | Material | Maximum system pressure lb/in² | Maximum system temperature °F | Applicable documents | Remarks |
|---|---|---|---|---|---|---|---|---|
| | D-3 | | Sea water | | 50 | 150 | | |
| Pipe | | Seamless or welded | | 90-10 copper-nickel | | | MIL-T-16420, class 50 | See note D-3-1 |
| | | | | 70-30 copper-nickel | | | MIL-T-16420 | See note D-3-5 |
| | | Seamless | | Glass reinforced plastic | | | MIL-P-24608 | See note D-3-4 |
| Valves | | Gate | | Bronze | | | Drawing 803-2177917 | |
| | | | | | | | Drawing 803-1385714 | |
| | | | | | | | Drawing 803-1385541 | |
| | | Globe, angle and stop check | | Bronze or (90-10) cast copper-nickel, MIL-C-20159 | | | Drawing 803-4384536 | |
| | | Check, swing | | | | | Drawing 803-1385721 or Drawing 803-1385637 | |
| | | Ball, 1/4 - 2-1/2 inches | | Bronze | | | Drawing 803-5001003 | |
| | | Ball, 3 inches - 6 inches | | | | | Drawing 803-5001004 | |
| | | Butterfly | | | | | MIL-V-24624 | |
| | | Flanged | | Bronze | | | Drawing 810-1385915 | |
| Fittings | | Silver-brazing (including unions and union end fittings) | | | | | MIL-F-1183 | |
| | | Welding | | 90-10 copper-nickel | | | Drawing 810-1385880 ANSI B16.9 or ANSI B16.11 | |
| | | Welded base by silver-brazing and outlet boss | | 90-10 or 70-30 copper-nickel | | | Drawing 810-1385912 | Welded to copper-nickel pipe run |
| | | | | | | | MIL-P-24608 | See note D-3-4 |
| | | Socket bonded | | Glass reinforced plastic | | | MIL-F-20042 | |
| Flanges | | Silver-brazing | | Bronze | | | Drawing 810-1385892 | Special flanges for butterfly valves. |
| | | Socket weld | | Copper-nickel | | | Drawing 810-4715319 | |
| | | Slip-on 12 inches and larger | | Copper-nickel, 90-10 | | | MIL-C-15726 | See note D-3-2 |
| | | Socket bonded | | Glass reinforced plastic | | | MIL-P-24608 | See note D-3-4 |

REPRINTED WITHOUT CHANGE.

D-3.1