**EXHIBIT B**

# JHL Construction

1938 Hau Street
Honolulu, HI 96819
Tel: (808) 841-2970  Fax: (808) 841-4970

Date: June 30, 2003
Number of Pages: 1

To: Marisco, Ltd.
91-907 Malakole Road
Kapolei, HI 96707

Attn.: John Stewart, Administration Manager

Re: Overhaul Pumps #2 & #3, Drydock 2 PHNSY
Overhaul Pump #1, Drydock 4 PHNSY
Multi-Trade Contract
Contract No. N62742-01-D-2188, Delivery Order No. 17 & 18

Dear Mr. Stewart

After further review of the work scopes for the projects at Drydock 2 and Drydock 4, it has been determined that there are many unclear matters and unresolved issues which will lead to problems or conflicts on the jobsite after the work commences. Therefore, we regret to inform you that your contract to overhaul the pumps at Drydock 2 and Drydock 4 will be terminated as of today.

Please call me if you have any questions. Thank you.

Sincerely,

Ryan Y. Nakaima
Project Manager, JHL Construction

# JHL Construction
1938 Hau Street
Honolulu, HI 96819
Tel: (808) 841-2970  Fax: (808) 841-4970

Date: July 11, 2003
Number of Pages: 1

To:  Marisco, Ltd.
91-907 Malakole Road
Kapolei, HI 96707

Attn.: John Stewart, Administration Manager

Re:  Overhaul Pumps #2 & #3, Drydock 2 PHNSY
Overhaul Pump #1, Drydock 4 PHNSY
Multi-Trade Contract
Contract No. N62742-01-D-2188, Delivery Order No. 17 & 18

Dear Mr. Stewart

This correspondence is in reply to your letter dated July 8. Regarding the pump overhauls at Drydock 2, it is apparent that there was a miscommunication pertaining to the agreed contract amount. After the contract to overhaul both pumps #2 & #3 was issued and signed by both parties, JHL Construction was informed from Marisco that the contract would cover the scope for only one of the two pumps. In addition, JHL Construction was notified that to overhaul the second pump would require additional compensation.

Regarding the overhaul project at Drydock 4, there is a conflict with the scope of work. The contract award to Marisco was based on the proposal and the accompanied work scope submitted on August 15, 2002. However, after the subcontract was issued and signed by both parties on October 21, we had received a clarification to the scope of work dated October 28, which should have been included prior to award.

JHL Construction is very concerned with these issues being stated after the subcontracts were signed and does not have the comfort level that these projects will be executed without future conflicts. Therefore, it appears that it would be in the best interest of both parties to terminate the contracts. Please call me if you have any questions. Thank you for your understanding.

Sincerely,

Ryan Y. Nakaima
Project Manager, JHL Construction