CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon the United States Attorney at 300 Ala Moana Blvd., Honolulu, Hawaii, on February 22, 2006.

DATED: Honolulu, Hawaii, February 22, 2006.

SAMUEL P. KING, JR.
Attorney for Defendant