IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00150SOM-01 |
| Plaintiff(s), | ) | |
| vs. | ) | |
| PATRICK SHIN, | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2004

at 2 o'clock and 50 min. P M
WALTER A. Y. H. CHINN, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S. C. Chang United States Magistrate Judge in the above-entitled case, Passport Number 120852406 issued at Honolulu, on 04/30/02 to the above-named defendant, was surrendered to the custody of the Clerk of court on April 21, 2004 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:     07/04/64

Place of Birth:    Korea

Dated at Honolulu, Hawaii on April 21, 2004.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at 1 o'clock and 52 min. P M
SUE BEITIA, CLERK

WALTER A.Y.H. CHINN, Clerk

By: _____
        Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 3-8-06              Signature: _____
                                     Owner of Passport