ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2006

at 8 o'clock and 13 min. a M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. CR 04-00150SOM-01 |
| ) | |
| PATRICK SHIN ) | |
| ) | |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Japan and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 5/19/2006 to return on or about 6/10/2006.

Dated: April 21, 2006, at Honolulu, Hawaii.

_____
SUSAN OKI MOLLWAY
U.S. District Judge