ORIGINAL

LODGED

MAY 15 2006
10:57m
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2006

at 4 o'clock and 45 min. P M
SUE BEITIA, CLERK

SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 04-00150 SOM |
| | ) |
| vs. | ) 18 USC 1001(a)(3) |
| | ) |
| PATRICK SHIN (01), | ) STIPULATION RE: SENTENCING |
| | ) MEMORANDA; ORDER |
| Defendant. | ) |
| | ) |

STIPULATION RE: SENTENCING MEMORANDA

Defendant PATRICK SHIN (hereinafter referred to as "SHIN"), Defendant JHL

CONSTRUCTION (hereinafter referred to as "JHL"), and the UNITED STATES OF AMERICA

(hereinafter referred to as "USA"), through their respective undersigned counsel, hereby stipulate

as follows with respect to sentencing memoranda which were filed in this case:

1) The following sentencing documents, listed as "sealed" documents on the docket sheet for

this case, are hereby unsealed and made available for general public inspection and use:

i) USA's Sentencing Statement as to JHL, filed 12/15/04 (Doc. No. 29).

ii) USA's Sentencing Statement as to SHIN, filed 12/15/04 (Doc. No. 30).

iii) SHIN's Sentencing Statement, filed 12/23/04 (Doc. No. 32).

iv) USA's Sentencing Memorandum as to SHIN, filed 2/9/06 (Doc. No. 54).

2) The Following sentencing documents, not listed as "sealed" documents on the docket sheet

for this case, are hereby unsealed, to the extent they may be sealed even though not so noted on the

docket sheet, and made available for general public inspection and use:

      i) JHL's Response to Draft Presentence Report, filed 12/20/04 (Doc. No. 31).

      ii) SHIN's Sentencing Memorandum, filed 12/28/04 (Doc. No. 33).

      iii) SHIN's Sentencing Memorandum Re: "Loss," filed 12/6/05 (Doc. No. 48).

      iv) SHIN's Exhibit 11 to Sentencing Memorandum Re: "Loss," filed 12/6/05 (Doc. No. 49).

      v) SHIN's Response to USA's Sentencing Memorandum, filed 2/22/06 (Doc. No. 55).

      vi) SHIN's Sentencing Memorandum, filed 2/23/06 (Doc. No. 56).

    3) All other documents not specifically mentioned above which are listed as "sealed" on the docket sheet shall remain sealed.

    DATED: Honolulu, Hawaii, May 15 , 2006.

_____
SAMUEL P. KING, JR.
Attorney for Defendant PATRICK SHIN

_____
RUSTAM A. BARBEE
Attorney for Defendant JHL CONSTRUCTION

_____
ASSISTANT UNITED STATES ATTORNEY

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

STIPULATION RE: SENTENCING MEMORANDA
USA v. PATRICK SHIN and JHL CONSTRUCTION, Cr. No. 04-00150 SOM