**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 19 2006

at \_\_ o'clock and \_\_ min. \_\_ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. CR 04-00150SOM-01 |
| ) | |
| PATRICK SHIN ) | |
| ) | |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Seoul, Korea, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 10/12/2006 to return on or about 10/21/2006.

Dated: September 8, 2006, at Honolulu, Hawaii.

_____
SUSAN OKI MOLLWAY
U.S. District Judge