ORIGINAL

SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 27 2006

at __12__ o'clock and __07__ min __ __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 04-00150 SOM |
| | ) |
| vs. | ) 18 USC 1001(a)(3) |
| | ) |
| PATRICK SHIN (01), | ) |
| | ) NOTICE OF MOTION; MOTION TO RELEASE |
| Defendant. | ) PRESENTENCE REPORT; DECLARATION OF |
| | ) SAMUEL P. KING, JR. |
| | ) |
| | ) Date of Motion: _____ |
| | ) Time of Motion: _____ |
| | ) |

NOTICE OF MOTION

TO: United States Attorney's Office
Federal Building, 6th Floor
300 Ala Moana Blvd.
Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the foregoing motion will be presented before the Honorable

SUSAN OKI MOLLWAY in her courtroom in the Prince Kuhio Federal Building, Honolulu,

Hawaii, on _____, the ____ day of _____, 200__, at _____

o'clock ___.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, November 25, 2006.

_____
SAMUEL P. KING, JR.
Attorney for Defendant

CERTIFICATE OF SERVICE ATTACHED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 04-00150 SOM |
| | ) |
| vs. | ) 18 USC 1001(a)(3) |
| | ) |
| PATRICK SHIN (01), | ) MOTION TO RELEASE PRESENTENCE |
| | ) REPORT |
| Defendant. | ) |
| | ) |

## MOTION TO RELEASE PRESENTENCE REPORT

Defendant moves that the Presentence Report prepared for sentencing in this case be permitted to be unsealed and made available for release to the general public. This motion it based on the attached Declaration of counsel and the file in this case.

DATED: Honolulu, Hawaii, November 25, 2006.

_____
SAMUEL P. KING, JR.
Attorney for Defendant