## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon the United States Attorney at 300 Ala Moana Blvd., Honolulu, Hawaii, on December 29, 2004.

DATED: Honolulu, Hawaii, December 29, 2004.

_____
SAMUEL P. KING, JR.
Attorney for Defendant