ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2006

at 10 o'clock and 50 min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. CR 04-00150SOM-01 |
| ) | |
| PATRICK SHIN ) | |

## ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Indonesia and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named individual be permitted to leave the jurisdiction of the United States from on or about on or about 2/4/2007 and plans to return on or about 2/17/2007.

Dated: December 27, 2006, at Honolulu, Hawaii.

SUSAN OKI MOLLWAY
U.S. District Judge