ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2007

at 2 o'clock and 05 min P M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. CR 04-00150SOM-01 |
| | ) | |
| PATRICK SHIN | ) | |
| | ) | |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to the Philippines and Seoul, Korea, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 3/19/2007 to return on or about 4/8/2007.

Dated: January 23, 2007, at Honolulu, Hawaii.

_____
SUSAN OKI MOLLWAY
U.S. District Judge