SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 05 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 04-00150 SOM |
| | ) |
| vs. | ) 18 USC 1001(a)(3) |
| | ) |
| PATRICK SHIN (01), | ) NOTICE OF MOTION; MOTION FOR |
| | ) EARLY TERMINATION OF PROBATION; |
| Defendant. | ) DECLARATION OF SAMUEL P. KING, JR. |
| | ) |

NOTICE OF MOTION

TO: United States Attorney's Office
    Federal Building, 6th Floor
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the foregoing motion will be presented before the Honorable SUSAN OKI MOLLWAY in her courtroom in the Prince Kuhio Federal Building, Honolulu, Hawaii, on _____, the ____ day of _____, 2007, at _____ o'clock ____.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, September 4, 2007.

_____
SAMUEL P. KING, JR.
Attorney for Defendant

'ICATE OF SERVICE ATTACHED