IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 04-00150 SOM |
| | ) |
| vs. | ) 18 USC 1001(a)(3) |
| | ) |
| PATRICK SHIN (01), | ) MOTION FOR EARLY TERMINATION OF |
| | ) PROBATION |
| Defendant. | ) |
| | ) |

MOTION FOR EARLY TERMINATION OF PROBATION

Defendant moves that his three year probation, which was imposed by this Court on March 9, 2006, be terminated early and that he be discharged from further probation or supervision by this Court at this time. This motion is based on the attached Declaration of counsel, and will be further based on the testimony adduced at the hearing on this motion and the file in this case.

DATED: Honolulu, Hawaii, September 4, 2007.

_____
SAMUEL P. KING, JR.
Attorney for Defendant