# MINUTES

CASE NUMBER:      CR 04-00150SOM

CASE NAME:        USA vs.  (01) Patrick Shin

ATTYS FOR PLA:    Lawrence Tong

ATTYS FOR DEFT:   01 Samuel P. King, Jr.

                                     Lisa Jicha (USPO)

JUDGE:    Susan Oki Mollway        REPORTER:   Debra Chun

DATE:     9/13/2007                TIME:       9:45 - 10:10

COURT ACTION:  EP: Motion for Early Termination of Probation -

Defendant (01) Patrick Shin present.

Arguments.

Motion for Early Termination of Probation - Denied.

No written order to be prepared.

Discussion held re: defendant's sealed civil case.

Defendant addressed the Court.

Submitted by: Toni Fujinaga, Courtroom Manager.